COOLEY LLP
JESSICA VALENZUELA SANTAMARIA (220934) (jvs@cooley.com)
BRETT H. DE JARNETTE (292919) (bdejarnette@cooley.com)
JANELLE M. FERNANDES (322217) (jfernandes@cooley.com)
3175 Hanover Street
Palo Alto, California 94304-1130
Telephone:    +1 650 843 5000
Facsimile:    +1 650 849 7400

Attorneys for Defendants
FASTLY, INC., JOSHUA BIXBY,
and ADRIEL LARES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCOS BETANCOURT, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>FASTLY, INC., JOSHUA BIXBY, and ADRIEL LARES,<br><br>Defendants. | Case No. 4:20-cv-06024-PJH<br><br>**ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |
| RAMI HABIB, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>FASTLY, INC., JOSHUA BIXBY, and ADRIEL LARES,<br><br>Defendants. | Case No. 4:20-cv-06454-JST |

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

ADMINISTRATIVE MOTION TO RELATE
PURSUANT TO CIVIL L.R. 3-12
4:20-CV-06024-PJH

Defendants Fastly, Inc., Joshua Bixby, and Adriel Lares (collectively "Defendants") file this Administrative Motion to Consider Whether Cases Should Be Related pursuant to Civil Local Rules 3-12 and 7-11 of the United States District Court for the Northern District of California.

Defendants ask the Court to consider whether the actions entitled *Marcos Betancourt v. Fastly, Inc., et al.*, Case No. 4:20-cv-06024-PJH, ("*Betancourt*") currently pending before the Honorable Phyllis J. Hamilton, and *Rami Habib v. Fastly, Inc., et al.*, Case No. 4:20-cv-06454-JST, ("*Habib*," and together with *Betancourt*, collectively, the "Class Actions")[1] currently pending before the Honorable Jon S. Tigar,  should be related to each other.  Further, Defendants move to reassign the *Habib* Class Action to the Hon. Phyllis J. Hamilton, such that the Class Actions are pending before the same judge.

## LEGAL STANDARD

Civil Local Rule 3-12(a) states that an action is related to another when: (1) they "concern substantially the same parties, property, transaction or event;" and (2) "[i]t appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges."  Civ. L. R. 3-12(a).  Pursuant to Civil L.R. 3-12(b), whenever a party learns that an action may be related to an action that is pending in this District, the party must promptly file in the earliest filed case an administrative motion to consider whether the cases should be related.  Here, the two complaints at issue are virtually identical – alleging that the same three defendants violated the same sections of the federal securities laws by making the same alleged false and misleading statements during the same class period.  As the parties in each case have agreed that the two cases should be related, as reflected in the stipulation filed concurrently in support of this motion, the Court should relate *Habib* to the instant action.

## ARGUMENT

*Betancourt* and *Habib* meet the definition for "Related Case" under Civil Local Rule 3-12(a).  They are both putative class actions alleging violations Section 10(b) and 20(a) of the Securities and Exchange Act ("Exchange Act") and SEC Rule 10b-5 promulgated thereunder.  (*See*

---

[1] For the Court's convenience, a copy of the complaint in the *Habib* Class Action is attached as <u>Exhibit A</u>.

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

2

ADMINISTRATIVE MOTION TO RELATE
PURSUANT TO CIVIL L.R. 3-12
4:20-CV-06024-PJH

*Betancourt* at ¶¶ 1, 8, Count I, Count II; *Habib* at ¶¶ 1, 8, Count I, Count II.)  These respective claims are brought in each case against the same three defendants—Fastly, Inc., Joshua Bixby, and Adriel Lares (*Betancourt* at ¶¶ 13-16; *Habib* at ¶¶ 13-16), alleging that they made the same alleged false or misleading statements (*Betancourt* at ¶¶ 27-32; *Habib* at ¶¶ 23-28) during the same class periods—May 6, 2020 through August 5, 2020.  (*Betancourt* at ¶ 1; *Habib* at ¶ 1.)  Further, both cases are premised on the same basic theory that Defendants misled investors by making statements about its business and financials, while not disclosing that TikTok/ ByteDance was one of its large customers.  (*Betancourt* at ¶¶ 1-7, 17-34; *Habib* at ¶¶ 1-7, 17-34.)

Given the similarities between the *Betancourt* and *Habib* Actions, treating the cases as related will save time, effort, and expense for all parties and avoid the potential for conflicting results, consistent with Civil L.R. 3-12(a).  Accordingly, relation is appropriate here.  *In re Leapfrog Enterprises Inc. Sec. Litig.*, No. C 03 05421 RMW, 2005 WL 5327775, at *1 (N.D. Cal. July 5, 2005) (relating cases where the cases concerned the same defendants, similar factual allegations, and similar causes of action).

## CONCLUSION

For the above stated reasons, Defendants respectfully request that pursuant to Civ. L. R. 3-12, the Court relate the *Betancourt* and *Habib* Class Actions.  In support of this administrative motion, the parties submit a Stipulation and [Proposed] Order to Relate Cases, concurrently herewith.

Dated: October 1, 2020

COOLEY LLP
JESSICA VALENZUELA SANTAMARIA
BRETT H. DE JARNETTE
JANELLE M. FERNANDES


By: */s/ Brett H. De Jarnette*
　　Brett H. De Jarnette

Attorneys for Defendants
FASTLY, INC., JOSHUA BIXBY, and
ADRIEL LARES

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

3

ADMINISTRATIVE MOTION TO RELATE
PURSUANT TO CIVIL L.R. 3-12
4:20-CV-06024-PJH