COOLEY LLP
JESSICA VALENZUELA SANTAMARIA (220934) (jvs@cooley.com)
BRETT H. DE JARNETTE (292919) (bdejarnette@cooley.com)
JANELLE M. FERNANDES (322217) (jfernandes@cooley.com)
3175 Hanover Street
Palo Alto, California  94304-1130
Telephone:     +1 650 843 5000
Facsimile:      +1 650 849 7400

Attorneys for Defendants
FASTLY, INC., JOSHUA BIXBY,
and ADRIEL LARES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCOS BETANCOURT, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>FASTLY, INC., JOSHUA BIXBY, and ADRIEL LARES,<br><br>Defendants. | Case No. 4:20-cv-06024-PJH<br><br>**STIPULATION AND [PROPOSED] ORDER TO RELATE CASES**<br><br><br><br>Judge: Hon. Phyllis J. Hamilton<br>Courtroom:  3 |
| RAMI HABIB, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>FASTLY, INC., JOSHUA BIXBY, and ADRIEL LARES,<br><br>Defendants. | Case No. 4:20-cv-06454-JST |

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

STIPULATION AND [PROPOSED]
ORDER RELATING CASES
4:20-CV-06024-PJH AND 4:20-CV-06454-JST

WHEREAS, on August 27, 2020, Plaintiff Marcos Betancourt filed a putative class action complaint, captioned *Marcos Betancourt v. Fastly, Inc., et al.*, Case No. 5:20-cv-06024-PJH) ("*Betancourt*"), against Defendants Fastly, Inc., Joshua Bixby, and Adriel Lares (collectively, "Defendants") for violations of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 ("Exchange Act");

WHEREAS, on September 15, 2020, Plaintiff Rami Habib filed a substantially similar putative class action complaint, captioned *Rami Habib v. Fastly, Inc., et al.*, Case No. 4:20-cv-06454-JST, ("*Habib*"), against the same defendants for violations of Section 10(b) and 20(a) of the Exchange Act, arising out of the same facts and circumstances as the *Betancourt* Class Action;

WHEREAS, the parties believe that the *Betancourt* and the *Habib c*lass actions are related cases pursuant to Northern District of California Local Rule 3-12(a);

## STIPULATION

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the Parties hereto, through their undersigned counsel, as follows:

1.    The *Betancourt* and the *Habib* class actions are related cases pursuant to Northern District of California Local Rule 3-12(a).

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated: October 1, 2020

COOLEY LLP
JESSICA VALENZUELA SANTAMARIA
BRETT H. DE JARNETTE
JANELLE M. FERNANDES

By:     */s/ Brett H. De Jarnette*
            Brett H. De Jarnette

Attorneys for Defendants
FASTLY, INC., JOSHUA BIXBY, and ADRIEL LARES

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

2

STIPULATION AND [PROPOSED]
ORDER RELATING CASES
4:20-CV-06024-PJH AND 4:20-CV-06454-JST

Dated: October 1, 2020                    FARUQI & FARUQI, LLP


By:    _/s/ Katherine M. Lenahan_
           Katherine M. Lenahan

Attorneys for Plaintiff
MARCOS BENTANCOURT

Benjamin Heikali SBN 307466
Email: bheikali@faruqilaw.com
**FARUQI & FARUQI, LLP**
10866 Wilshire Boulevard, Suite 1470
Los Angeles, CA 90024
Telephone: 424-256-2884
Facsimile: 424-256-2885

Richard W. Gonnello (*pro hac vice*)
Katherine M. Lenahan (*pro hac vice*)
**FARUQI & FARUQI, LLP**
685 Third Avenue, 26th Floor
New York, NY 10017
Telephone: 212-983-9330
Facsimile: 212-983-9331

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

3

STIPULATION AND [PROPOSED]
ORDER RELATING CASES
4:20-CV-06024-PJH AND 4:20-CV-06454-JST

Dated: October 1, 2020

POMERANTZ LLP


By:  ___/s/ Jennifer Pafiti___
          Jennifer Pafiti

Jennifer Pafiti (SBN 282790)
**POMERANTZ LLP**
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

Jeremy A. Lieberman
(*pro hac vice*)
J. Alexander Hood II
(*pro hac vice*)
**POMERANTZ LLP**
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
jalieberman@pomlaw.com
ahood@pomlaw.com

Patrick V. Dahlstrom
(*pro hac vice* application forthcoming)
**POMERANTZ LLP**
10 South La Salle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181
Facsimile: (312) 377-1184
pdahlstrom@pomlaw.com

Peretz Bronstein
(*pro hac vice* application forthcoming)
**BRONSTEIN, GEWIRTZ & GROSSMAN, LLC**
60 East 42nd Street, Suite 4600
New York, New York 10165
Telephone: (212) 697-6484
Facsimile: (212) 697-7296
peretz@bgandg.com

Attorneys for Plaintiff
RAMI HABIB

Cooley LLP
Attorneys at Law
Palo Alto

4

**Stipulation and [Proposed] Order Relating Cases**
**4:20-cv-06024-PJH and 4:20-cv-06454-JST**

**ATTESTATION PURSUANT TO CIV. L.R. 5-1(i)(3)**

Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the other signatory.

Dated:  October 1, 2020                                      /s/ Brett H. De Jarnette
                                                                          Brett H. De Jarnette


*          *          *

**ORDER**


PURSUANT TO STIPULATION, IT IS SO ORDERED.


DATED:  _____          _____

                                                              Hon. Phyllis J. Hamilton
                                                              United States District Court Judge

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

STIPULATION AND [PROPOSED]
ORDER RELATING CASES
4:20-CV-06024-PJH AND 4:20-CV-06454-JST