COOLEY LLP
JESSICA VALENZUELA SANTAMARIA (220934) (jvs@cooley.com)
BRETT H. DE JARNETTE (292919) (bdejarnette@cooley.com)
JANELLE M. FERNANDES (322217) (jfernandes@cooley.com)
3175 Hanover Street
Palo Alto, California  94304-1130
Telephone:     +1 650 843 5000
Facsimile:     +1 650 849 7400

Attorneys for Defendants
FASTLY, INC., JOSHUA BIXBY,
and ADRIEL LARES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCOS BETANCOURT, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>FASTLY, INC., JOSHUA BIXBY, and ADRIEL LARES,<br><br>Defendants. | Case No. 4:20-cv-06024-PJH<br><br>**CERTIFICATE OF SERVICE** |
| RAMI HABIB, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>FASTLY, INC., JOSHUA BIXBY, and ADRIEL LARES,<br><br>Defendants. | Case No. 4:20-cv-06454-JST |

**PROOF OF SERVICE**

I am a citizen of the United States and a resident of the State of California. I am employed in Santa Clara County, State of California, in the office of a member of the bar of this Court, at whose direction the service was made. I am over the age of eighteen years, and not a party to the within action. My business address is Cooley LLP, 3175 Hanover Street, Palo Alto, California 94304-1130. On the date set forth below I served the documents described below in the manner described below:

1.   **ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**

2.   **STIPULATION AND [PROPOSED] ORDER TO RELATE CASES**

☒   (BY ELECTRONIC MAIL) I am personally and readily familiar with the business practice of Cooley LLP for the preparation and processing of documents in portable document format (PDF) for e-mailing, and I caused said documents to be prepared in PDF and then served by electronic mail to the parties listed below.

on the following part(ies) in this action:

| **POMERANTZ LLP**<br>Jennifer Pafiti (SBN 282790)<br>1100 Glendon Avenue, 15th Floor<br>Los Angeles, California 90024<br>Telephone: (310) 405-7190<br>jpafiti@pomlaw.com<br><br>Attorneys for Plaintiff<br>*RAMI HABIB* | **POMERANTZ LLP**<br>Jeremy A. Lieberman<br>(*pro hac vice*)<br>J. Alexander Hood II<br>(*pro hac vice*)<br>600 Third Avenue, 20th Floor<br>New York, New York 10016<br>Telephone: (212) 661-1100<br>Facsimile: (212) 661-8665<br>jalieberman@pomlaw.com<br>ahood@pomlaw.com<br><br>Attorneys for Plaintiff<br>*RAMI HABIB* |
|---|---|

| **POMERANTZ LLP**<br>Patrick V. Dahlstrom<br>(*pro hac vice* application forthcoming)<br>10 South La Salle Street, Suite 3505<br>Chicago, Illinois 60603<br>Telephone: (312) 377-1181<br>Facsimile: (312) 377-1184<br>pdahlstrom@pomlaw.com<br><br>Attorneys for Plaintiff<br>*RAMI HABIB* | **BRONSTEIN, GEWIRTZ &**<br>**GROSSMAN, LLC**<br>Peretz Bronstein<br>(*pro hac vice* application forthcoming)<br>60 East 42nd Street, Suite 4600<br>New York, New York 10165<br>Telephone: (212) 697-6484<br>Facsimile: (212) 697-7296<br>peretz@bgandg.com<br><br>Attorneys for Plaintiff<br>*RAMI HABIB* |
|---|---|

Executed on October 1, 2020, at Palo Alto, California.


    /s/ Catherine R. Galan
        Catherine R. Galan

234597125 v2

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

- 2 -

CERTIFICATE OF SERVICE
4:20-CV-06024-PJH