**LEVI & KORSINSKY, LLP**
Adam M. Apton (SBN 316506)
Adam C. McCall (SBN 302130)
388 Market Street, Suite 1300
San Francisco, CA 94111
Tel: (415) 373-1671
Email: aapton@zlk.com
Email: amccall@zlk.com

*Attorneys for Movant Paul Worland*

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCOS BETANCOURT, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> FASTLY, INC., JOSHUA BIXBY, and ADRIEL LARES Defendants <br><br> Defendants. | Case No. 4:20-cv-06024-PJH <br><br> **CLASS ACTION** <br><br> **DECLARATION OF ADAM M. APTON IN SUPPORT OF MOTION OF PAUL WORLAND FOR: (1) CONSOLIDATION OF THE ACTIONS; (2) APPOINTMENT AS LEAD PLAINTIFF; AND (3) APPROVAL OF LEAD COUNSEL** <br><br> Date:   December 2, 2020 <br> Time:   9:00 a.m. <br> Courtroom:   3-3rd Floor <br> Judge:   Hon. Phyllis J. Hamilton |
| RAMI HABIB, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> FASTLY, INC., JOSHUA BIXBY, and ADRIEL LARES <br><br> Defendants. | Case No. 4:20-cv-06454-PJH |

DECLARATION OF ADAM M. APTON IN SUPPORT OF MOTION OF PAUL WORLAND FOR: (1) CONSOLIDATION OF THE ACTIONS; (2) APPOINTMENT AS LEAD PLAINTIFF; AND (3) APPROVAL OF LEAD COUNSEL

I, Adam M. Apton, hereby declare as follows:

1.      I am a partner of the law firm of Levi & Korsinsky, LLP, counsel for Paul Worland ("Movant"), and a member in good standing for the bar of the State of California.  I respectfully submit this declaration in support of Movant's Motion for Consolidation of the Actions, Appointment as Lead Plaintiff, and Approval of Lead Counsel in the above captioned actions (the "Actions").  This declaration is based on my own personal knowledge and/or the firm's records of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      Attached hereto collectively as **Exhibit A** is a true and correct copy of the sworn certification of Movant.

3.      Attached hereto as collectively as **Exhibit B** is a true and correct copy of the loss chart detailing Movant's losses as a result of investments in Fastly, Inc.

4.      Attached hereto as **Exhibit C** is a true and correct copy of the press release originally published on August 27, 2020 on *Globe Newswire* announcing the pendency of the first-filed securities lawsuit.

5.      Attached hereto as **Exhibit D** is a true and correct copy of the firm résumé of Levi & Korsinsky, LLP.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.  Executed this 26th day of October, 2020.


*/s/ Adam M. Apton*

Adam M. Apton

1
DECLARATION OF ADAM M. APTON IN SUPPORT OF MOTION OF PAUL WORLAND FOR: (1) CONSOLIDATION OF THE ACTIONS; (2) APPOINTMENT AS LEAD PLAINTIFF; AND (3) APPROVAL OF LEAD COUNSEL