# EXHIBIT B

| | |
|---|---|
| **Client Name** | Paul Worland |
| **Company Name** | Fastly, Inc. |
| **Ticker Symbol** | FSLY |
| **Security Type** | |
| **Class Period Start** | 05-06-2020 |
| **Class Period End** | 08-05-2020 |
| **90-DAY Lookback Period Start** | 08-06-2020 |
| **90-DAY Lookback Period End** | 10-26-2020 |
| **90-DAY Lookback Average** | $ 89.70 |
| **Pre Class Period Holdings** | 0 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | $15,550.00 |
| *DURA LIFO\* Total* | $15,550.00 |
| Gross Shares Purchased | 500 |
| Net Shares Retained | 500 |
| Net Funds Expended | $56,740.00 |

### Paul Worland

| | Purchases | | | | Sales | | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO\* |
| 08-05-2020 | 69 | 113.48 | $ 7,830.12 | 08-10-2020 | | 69 | $ 82.38 | | $ 5,684.22 | 69 | - | $ 89.70 | | $ 2,145.90 | $ 2,145.90 |
| 08-05-2020 | 431 | 113.48 | $ 48,909.88 | 08-10-2020 | | 431 | $ 82.38 | | $ 35,505.78 | 431 | - | $ 89.70 | | $ 13,404.10 | $ 13,404.10 |
| **Total:** | **500.00** | | **$ 56,740.00** | | | **500** | | | **$41,190** | **500.00** | | | | **$ 15,550.00** | **$ 15,550.00** |

*Legend: Class Period (CP); Lookback Period (LbP); Last-In-First-Out (LIFO)*

1 Sales during the LbP are matched to class period purchases utilizing LIFO.

2 Post-class period sales valued using the greater of: (1) the average closing price between the end of the class period and the sales date; or (2) the actual sales price.

\* Disregarding losses not attributable to the alleged fraud from intra-class period sales made prior to any corrective disclosure(s) matched to intra-class period purchases.