# EXHIBIT 3

**Fastly, Inc. Loss Chart**
**Class Period: May 6, 2020 through August 5, 2020**

| Name | Date Purchased | Shares | Price per Share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain | Lookback Price |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Wei, Xinhua | 8/4/2020 | 88 | ($113.31) | ($9,971.28) | | | | | 88 | $7,918.81 | ($2,052.47) | $89.99 |