Benjamin Heikali SBN 307466
**FARUQI & FARUQI, LLP**
10866 Wilshire Boulevard, Suite 1470
Los Angeles, CA 90024
Telephone: 424-256-2884
Facsimile: 424-256-2885
E-mail: bheikali@faruqilaw.com

Lubna Faruqi (admitted *pro hac vice*)
James M. Wilson, Jr. *(pro hac vice* forthcoming)
Robert W. Killorin *(pro hac vice* forthcoming)
Email: lfaruqi@faruqilaw.com
Email: jwilson@faruqilaw.com
Email: rkillorin@faruqilaw.com
**FARUQI & FARUQI, LLP**
685 Third Avenue, 26th Floor
New York, NY 10017
Telephone: 212-983-9330
Facsimile: 212-983-9331

*Attorneys for Proposed Lead Plaintiff*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCOS BETANCOURT, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>FASTLY, INC., JOSHUA BIXBY, and ADRIEL LARES<br><br>Defendants<br><br>[Captions continued on next page.] | Case No. 4:20-CV-06024-PJH<br><br>**DECLARATION OF BENJAMIN HEIKALI IN SUPPORT OF KALPESH BHATIA'S MOTION FOR (1) CONSOLIDATION; (2) APPOINTMENT AS LEAD PLAINTIFF; AND (3) APPROVAL OF LEAD COUNSEL**<br><br><u>**CLASS ACTION**</u><br><br>Judge:  Hon. Phyllis J. Hamilton<br>Date:    N/A (*see* Gen. Order No. 72-6)<br>Time:   N/A<br>Courtroom:   3 – 3rd Floor |

RAMI HABIB, Individually and on Behalf of All Others Similarly Situated,

                    Plaintiff,

         v.

FASTLY, INC., JOSHUA BIXBY, and ADRIEL LARES,

                Defendants.

Case No. 4:20-cv-06454-PJH

**DECLARATION OF BENJAMIN HEIKALI IN SUPPORT OF KALPESH BHATIA'S MOTION FOR (1) CONSOLIDATION; (2) APPOINTMENT AS LEAD PLAINTIFF; AND (3) APPROVAL OF LEAD COUNSEL**
**No. 4:20-CV-06024-PJH**

I, Benjamin Heikali, declare as follows:

1.    I am a member in good standing of the bar of the State of California and am admitted in this Court.  I am a partner in the law firm of Faruqi & Faruqi, LLP.  I submit this declaration in support of the motion filed by Kalpesh Bhatia ("Bhatia") for appointment as Lead Plaintiff and approval of Bhatia's selection of Faruqi & Faruqi, LLP to serve as Lead Counsel for the putative Class.

2.    Attached are true and correct copies of the following:

Exhibit A: Notice of Pendency of Action

Exhibit B: Bhatia's PSLRA Certifications

Exhibit C: Firm Resume of Faruqi & Faruqi, LLP

Exhibit D: Women's Business Enterprise National Council Certificate

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 26th day of October 2020 at Los Angeles, California.

By: /s/ *Benjamin Heikali*
Benjamin Heikali

1

**DECLARATION OF BENJAMIN HEIKALI IN SUPPORT OF KALPESH BHATIA'S MOTION FOR (1) CONSOLIDATION; (2) APPOINTMENT AS LEAD PLAINTIFF; AND (3) APPROVAL OF LEAD COUNSEL No. 4:20-CV-06024-PJH**