# EXHIBIT D



## WBENC
### WOMEN'S BUSINESS ENTERPRISE NATIONAL COUNCIL

JOIN FORCES. SUCCEED TOGETHER.

hereby grants

## National Women's Business Enterprise Certification

to

## Faruqi & Faruqi, LLP

who has successfully met WBENC's standards as a Women's Business Enterprise (WBE).
This certification affirms the business is woman-owned, operated and controlled; and is valid through the date herein.

WBENC National WBE Certification was processed and validated by
Women President's Educational Organization - NY, a WBENC Regional Partner
Organization.

Certification Granted: April 6, 2012
Expiration Date: December 11, 2019
WBENC National Certification Number: 2005120143

*Marsha Firestone, Ph. D.*

Authorized by Marsha Firestone, President & Founder
Women President's Educational Organization - NY



NAICS: 541110
UNSPSC: 80120000, 80121600, 80121608, 80121704, 80121706











