ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS (213113)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
  – and –
DANIELLE S. MYERS (259916)
MICHAEL ALBERT (301120)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
dmyers@rgrdlaw.com
malbert@rgrdlaw.com

[Proposed] Lead Counsel for [Proposed] Lead Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MARCOS BETANCOURT, Individually and on Behalf of All Others Similarly Situated,<br><br>                              Plaintiff,<br><br>     vs.<br><br>FASTLY, INC., et al.,<br><br>                              Defendants. | Case No. 4:20-cv-06024-PJH<br><br><u>CLASS ACTION</u><br><br>DECLARATION OF MICHAEL ALBERT IN SUPPORT OF MOTION FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL |

DATE:        December 2, 2020
TIME:        9:00 A.M.
CTRM:        3, 3rd Floor
JUDGE:       Hon. Phyllis J. Hamilton

4845-9508-0144.v1

I, MICHAEL ALBERT, declare as follows:

1.    I am an attorney duly licensed to practice before all of the courts of the State of California and this Court.  I am associated with the law firm Robbins Geller Rudman & Dowd LLP, counsel of record for Andrew R. Zenoff, and proposed lead counsel for the class.  I make this declaration in support of Mr. Zenoff's Motion for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Lead Plaintiff's Selection of Lead Counsel.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.    Attached are true and correct copies of the following exhibits:

Exhibit A:    Notice of pendency of class action published on *Globe Newswire*, a national business-oriented wire service, on August 27, 2020;

Exhibit B:    Mr. Zenoff's Sworn Certification;

Exhibit C:    Mr. Zenoff's estimate of losses, prepared by counsel; and

Exhibit D:    Declaration of Andrew R. Zenoff in Support.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 26th day of October, 2020, at San Diego, California.

s/ Michael Albert
MICHAEL ALBERT

DECL OF MICHAEL ALBERT IN SUPPT OF MOT FOR CONSOLID OF RELATED ACTIONS, APPT AS LEAD PLTF, & APPROVAL OF LEAD PLTF'S SELECTION OF LEAD COUNSEL - 4:20-cv-06024-PJH    - 1 -
4845-9508-0144.v1

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on October 26, 2020, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ Michael Albert
MICHAEL ALBERT

ROBBINS GELLER RUDMAN
  & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:  malbert@rgrdlaw.com

4845-9508-0144.v1

## Mailing Information for a Case 4:20-cv-06024-PJH Betancourt v. Fastly, Inc. et al

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Adam Marc Apton**
  aapton@zlk.com

- **Brett Hom De Jarnette**
  bdejarnette@cooley.com,galancr@cooley.com

- **Lubna Faruqi**
  lfaruqi@faruqilaw.com,ecf@faruqilaw.com

- **Janelle Marie Fernandes**
  jfernandes@cooley.com,emadrigal@cooley.com

- **Richard W. Gonnello**
  rgonnello@faruqilaw.com,ecf@faruqilaw.com,dbehnke@faruqilaw.com

- **Benjamin Heikali**
  Bheikali@faruqilaw.com,ealdo@faruqilaw.com,rglezakos@faruqilaw.com,smarton@faruqilaw.com,ecf@faruqilaw.com,bgiacalone@faruqilaw.com,tpeter@faruqilaw.c

- **Katherine M. Lenahan**
  klenahan@faruqilaw.com

- **Laurence Matthew Rosen**
  lrosen@rosenlegal.com,larry.rosen@earthlink.net,lrosen@ecf.courtdrive.com

- **Jessica Valenzuela Santamaria**
  jsantamaria@cooley.com,galancr@cooley.com

- **Nina M. Varindani**
  nvarindani@faruqilaw.com

### Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)