# EXHIBIT C

Movant's Purchases and Losses — Class Period: 05/06/2020 - 08/05/2020 — Fastly

| Name | Date | Shares Acquired | Price | Total Cost | Date** | Shares Sold | Price | Total Proceeds | Total Gain (Loss)* |
|---|---|---|---|---|---|---|---|---|---|
| Andrew Zenoff | 05/12/2020 | 3,000 | $35.22 | $105,667.80 | 05/12/2020 | 50 | $38.29 | $1,914.50 | |
| | 05/12/2020 | 4,000 | $35.54 | $142,144.80 | 05/12/2020 | 4,900 | $38.27 | $187,507.32 | |
| | 05/12/2020 | 1,900 | $36.40 | $69,160.00 | 05/12/2020 | 50 | $38.28 | $1,914.01 | |
| | 05/12/2020 | 301 | $36.41 | $10,959.41 | 05/12/2020 | 5,000 | $38.32 | $191,592.50 | |
| | 05/12/2020 | 1 | $36.39 | $36.39 | 05/12/2020 | 300 | $38.38 | $11,514.00 | |
| | 05/12/2020 | 7,798 | $36.43 | $284,081.14 | 05/12/2020 | 3,900 | $38.37 | $149,643.39 | |
| | 05/12/2020 | 4,250 | $36.36 | $154,545.73 | 05/12/2020 | 800 | $37.37 | $29,896.80 | |
| | 05/12/2020 | 655 | $36.36 | $23,818.75 | 05/12/2020 | 5,000 | $38.41 | $192,062.50 | |
| | 05/12/2020 | 95 | $36.36 | $3,454.66 | 05/12/2020 | 100 | $35.92 | $3,592.00 | |
| | 05/12/2020 | 4,800 | $37.50 | $180,000.00 | 05/12/2020 | 400 | $35.85 | $14,340.00 | |
| | 05/12/2020 | 200 | $37.46 | $7,492.00 | 05/12/2020 | 100 | $35.84 | $3,584.00 | |
| | 05/12/2020 | 5,000 | $37.49 | $187,449.50 | 05/12/2020 | 100 | $35.86 | $3,586.00 | |
| | 05/12/2020 | 300 | $38.08 | $11,424.00 | 05/12/2020 | 800 | $35.83 | $28,664.00 | |
| | 05/12/2020 | 100 | $38.03 | $3,803.40 | 05/12/2020 | 300 | $35.82 | $10,746.00 | |
| | 05/12/2020 | 100 | $38.04 | $3,803.80 | 05/12/2020 | 5,100 | $35.75 | $182,325.00 | |
| | 05/12/2020 | 4,900 | $38.05 | $186,440.10 | 05/12/2020 | 100 | $35.80 | $3,580.00 | |
| | 05/12/2020 | 500 | $38.05 | $19,025.00 | 05/12/2020 | 1,100 | $36.62 | $40,282.00 | |
| | 05/12/2020 | 200 | $38.03 | $7,606.00 | 05/12/2020 | 100 | $36.61 | $3,661.20 | |
| | 05/12/2020 | 200 | $38.00 | $7,599.00 | 05/12/2020 | 4,400 | $36.61 | $161,084.00 | |
| | 05/12/2020 | 200 | $38.12 | $7,624.00 | 05/12/2020 | 305 | $36.56 | $11,150.80 | |
| | 05/12/2020 | 100 | $38.07 | $3,807.00 | 05/12/2020 | 1,008 | $36.55 | $36,842.40 | |
| | 05/12/2020 | 100 | $38.06 | $3,806.00 | 05/12/2020 | 1,005 | $36.54 | $36,722.70 | |
| | 05/12/2020 | 1,200 | $38.04 | $45,648.00 | 05/12/2020 | 312 | $36.51 | $11,391.12 | |
| | 05/12/2020 | 7,100 | $38.13 | $270,723.00 | 05/12/2020 | 1,398 | $36.50 | $51,027.00 | |
| | 05/12/2020 | 5,000 | $37.77 | $188,825.00 | 05/12/2020 | 872 | $36.52 | $31,845.44 | |
| | 05/12/2020 | 3,000 | $36.93 | $110,787.90 | 05/12/2020 | 4,000 | $36.52 | $146,080.80 | |
| | 05/12/2020 | 7,000 | $37.73 | $264,110.00 | 05/12/2020 | 500 | $36.53 | $18,265.00 | |
| | 05/13/2020 | 1,300 | $38.42 | $49,946.00 | 05/12/2020 | 1,000 | $37.55 | $37,550.00 | |
| | 05/13/2020 | 300 | $38.50 | $11,550.00 | 05/12/2020 | 2,400 | $37.53 | $90,072.00 | |
| | 05/13/2020 | 100 | $38.45 | $3,845.00 | 05/12/2020 | 521 | $37.52 | $19,547.92 | |
| | 05/13/2020 | 700 | $38.82 | $27,174.00 | 05/12/2020 | 400 | $37.51 | $15,004.00 | |
| | 05/13/2020 | 500 | $38.81 | $19,405.00 | 05/12/2020 | 100 | $37.57 | $3,757.00 | |
| | 05/13/2020 | 98 | $38.90 | $3,812.20 | 05/12/2020 | 100 | $37.54 | $3,754.00 | |
| | 05/13/2020 | 502 | $38.89 | $19,522.78 | 05/12/2020 | 100 | $37.43 | $3,743.00 | |
| | 05/13/2020 | 175 | $38.92 | $6,811.00 | 05/12/2020 | 100 | $37.45 | $3,745.01 | |
| | 05/13/2020 | 1,055 | $38.94 | $41,081.70 | 05/12/2020 | 100 | $37.46 | $3,746.02 | |
| | 05/13/2020 | 200 | $38.93 | $7,786.00 | 05/12/2020 | 772 | $37.50 | $28,950.00 | |
| | 05/13/2020 | 115 | $38.95 | $4,479.25 | 05/12/2020 | 200 | $37.47 | $7,494.00 | |
| | 05/13/2020 | 625 | $38.96 | $24,350.00 | 05/12/2020 | 600 | $37.46 | $22,476.00 | |
| | 05/13/2020 | 730 | $38.98 | $28,455.40 | 05/12/2020 | 700 | $37.45 | $26,215.00 | |
| | 05/13/2020 | 800 | $38.97 | $31,176.00 | 05/12/2020 | 2,907 | $37.44 | $108,838.08 | |
| | 05/13/2020 | 1,000 | $38.87 | $38,870.00 | 05/12/2020 | 7,000 | $38.55 | $269,850.00 | |
| | 05/13/2020 | 1,600 | $39.00 | $62,400.00 | 05/12/2020 | 3,000 | $37.35 | $112,050.00 | |
| | 05/13/2020 | 200 | $38.99 | $7,798.00 | 05/13/2020 | 1,400 | $36.58 | $51,212.00 | |
| | 05/14/2020 | 6,000 | $36.68 | $220,080.00 | 05/13/2020 | 200 | $36.63 | $7,326.00 | |
| | 05/14/2020 | 6,000 | $36.75 | $220,500.00 | 05/13/2020 | 302 | $36.65 | $11,068.30 | |
| | 05/14/2020 | 6,000 | $36.78 | $220,680.00 | 05/13/2020 | 300 | $36.62 | $10,986.00 | |
| | 05/15/2020 | 3,000 | $38.18 | $114,540.00 | 05/13/2020 | 2,425 | $36.61 | $88,779.25 | |

| Date | Shares | Price | Amount | Date | Shares | Price | Amount |
|---|---|---|---|---|---|---|---|
| 05/15/2020 | 4,000 | $38.55 | $154,200.00 | 05/13/2020 | 303 | $36.66 | $11,107.98 |
| 05/15/2020 | 1,000 | $38.46 | $38,460.00 | 05/13/2020 | 963 | $36.60 | $35,245.80 |
| 05/15/2020 | 464 | $37.59 | $17,442.13 | 05/13/2020 | 2,486 | $36.57 | $90,913.02 |
| 05/15/2020 | 2,536 | $37.58 | $95,312.26 | 05/13/2020 | 300 | $36.59 | $10,977.00 |
| 05/18/2020 | 590 | $41.60 | $24,544.00 | 05/13/2020 | 300 | $36.74 | $11,022.00 |
| 05/18/2020 | 910 | $41.48 | $37,746.80 | 05/13/2020 | 300 | $36.73 | $11,019.00 |
| 05/18/2020 | 92 | $42.01 | $3,864.92 | 05/13/2020 | 500 | $36.71 | $18,355.00 |
| 05/18/2020 | 100 | $42.24 | $4,224.00 | 05/13/2020 | 121 | $36.70 | $4,440.70 |
| 05/18/2020 | 808 | $42.24 | $34,129.84 | 05/13/2020 | 100 | $36.69 | $3,669.00 |
| 05/18/2020 | 205 | $40.99 | $8,402.95 | 05/13/2020 | 100 | $36.49 | $3,649.00 |
| 05/18/2020 | 193 | $40.90 | $7,893.70 | 05/13/2020 | 300 | $36.45 | $10,935.00 |
| 05/18/2020 | 990 | $41.00 | $40,590.00 | 05/13/2020 | 100 | $36.46 | $3,646.00 |
| 05/18/2020 | 1,612 | $40.95 | $66,011.40 | 05/13/2020 | 3,500 | $36.33 | $127,155.00 |
| 06/18/2020 | 1,600 | $63.11 | $100,968.00 | 05/13/2020 | 200 | $36.37 | $7,274.00 |
| 06/18/2020 | 400 | $63.15 | $25,260.00 | 05/13/2020 | 200 | $36.38 | $7,276.00 |
| 06/18/2020 | 1,000 | $62.87 | $62,872.30 | 05/13/2020 | 100 | $36.39 | $3,639.00 |
| 06/19/2020 | 190 | $64.19 | $12,196.10 | 05/13/2020 | 500 | $36.36 | $18,180.00 |
| 06/19/2020 | 1,037 | $64.20 | $66,575.40 | 05/14/2020 | 300 | $36.85 | $11,055.00 |
| 06/19/2020 | 273 | $64.25 | $17,540.22 | 05/14/2020 | 9,700 | $36.83 | $357,251.00 |
| 06/19/2020 | 276 | $63.25 | $17,456.97 | 05/14/2020 | 1,100 | $37.12 | $40,832.00 |
| 06/19/2020 | 600 | $63.26 | $37,956.00 | 05/14/2020 | 1,700 | $37.11 | $63,087.00 |
| 06/19/2020 | 24 | $63.28 | $1,518.72 | 05/14/2020 | 200 | $37.12 | $7,423.00 |
| 06/19/2020 | 100 | $63.27 | $6,327.00 | 05/14/2020 | 200 | $37.12 | $7,423.00 |
| 06/19/2020 | 500 | $63.38 | $31,690.00 | 05/15/2020 | 4,000 | $38.20 | $152,800.00 |
| 06/19/2020 | 1,500 | $63.39 | $95,084.85 | 05/15/2020 | 4,000 | $38.84 | $155,370.80 |
| 06/19/2020 | 1,000 | $63.66 | $63,660.80 | 05/15/2020 | 557 | $38.70 | $21,555.90 |
| 06/22/2020 | 200 | $70.96 | $14,192.00 | 05/15/2020 | 1 | $38.28 | $38.28 |
| 06/22/2020 | 221 | $70.97 | $15,684.37 | 05/15/2020 | 2,442 | $38.28 | $93,491.73 |
| 06/22/2020 | 4,779 | $70.98 | $339,213.42 | 05/15/2020 | 300 | $39.01 | $11,703.00 |
| 06/26/2020 | 100 | $86.81 | $8,681.00 | 05/15/2020 | 869 | $39.00 | $33,891.00 |
| 06/26/2020 | 400 | $86.84 | $34,735.96 | 05/15/2020 | 1,831 | $38.85 | $71,134.35 |
| 06/26/2020 | 500 | $86.84 | $43,419.90 | 05/18/2020 | 2,500 | $41.69 | $104,229.75 |
| 06/26/2020 | 1,000 | $86.89 | $86,893.40 | 06/19/2020 | 4,000 | $62.72 | $250,867.20 |
| 06/26/2020 | 500 | $87.22 | $43,608.60 | 06/19/2020 | 300 | $63.21 | $18,963.03 |
| 06/26/2020 | 500 | $85.88 | $42,942.30 | 06/19/2020 | 2,152 | $63.20 | $136,006.40 |
| 06/26/2020 | 300 | $83.91 | $25,173.00 | 06/19/2020 | 2,048 | $63.23 | $129,495.04 |
| 06/26/2020 | 175 | $83.92 | $14,685.98 | 06/24/2020 | 5,200 | $69.86 | $363,269.40 |
| 06/26/2020 | 25 | $83.96 | $2,099.00 | 06/26/2020 | 1,500 | $84.29 | $126,429.45 |
| 06/26/2020 | 200 | $83.79 | $16,758.00 | 07/06/2020 | 175 | $82.57 | $14,449.75 |
| 06/26/2020 | 800 | $83.80 | $67,039.92 | 07/06/2020 | 100 | $82.55 | $8,255.00 |
| 06/29/2020 | 500 | $88.20 | $44,099.95 | 07/06/2020 | 201 | $85.56 | $17,197.56 |
| 06/29/2020 | 500 | $88.37 | $44,187.15 | 07/06/2020 | 200 | $82.58 | $16,516.00 |
| 06/29/2020 | 1,000 | $82.75 | $82,745.00 | 07/06/2020 | 721 | $82.52 | $59,496.92 |
| 06/29/2020 | 500 | $80.27 | $40,135.00 | 07/06/2020 | 703 | $82.53 | $58,018.59 |
| 07/21/2020 | 100 | $84.42 | $8,442.00 | 07/06/2020 | 400 | $82.49 | $32,996.20 |
| 07/21/2020 | 300 | $83.73 | $25,119.00 | 07/06/2020 | 500 | $82.31 | $41,157.10 |
| 07/21/2020 | 100 | $84.18 | $8,418.08 | 07/06/2020 | 750 | $82.28 | $61,708.05 |
| 07/24/2020 | 200 | $77.38 | $15,476.16 | 07/07/2020 | 1,750 | $87.39 | $152,925.50 |
| 07/24/2020 | 100 | $77.70 | $7,770.27 | 08/04/2020 | 1,300 | $112.05 | $145,665.00 |
| 07/30/2020 | 181 | $91.09 | $16,487.91 | 08/05/2020 | 2,725 | $110.45 | $300,962.63 |
| 07/30/2020 | 100 | $91.05 | $9,104.50 | 08/05/2020 | 100 | $110.42 | $11,042.00 |
| | | | | 08/05/2020 | 175 | $110.41 | $19,321.77 |

| Date | Shares | Price | Amount | Date | Shares | Price | Amount |
|---|---|---|---|---|---|---|---|
| 07/30/2020 | 19 | $91.09 | $1,730.71 | 08/05/2020 | 175 | $109.81 | $19,216.77 |
| 07/30/2020 | 200 | $92.11 | $18,422.00 | 08/05/2020 | 1,325 | $109.80 | $145,485.00 |
| 08/04/2020 | 1,000 | $114.60 | $114,600.00 | 08/06/2020 | 1,000 | $89.64 | $89,640.00 |
| 08/04/2020 | 20 | $114.00 | $2,280.00 | 08/06/2020 | 1,000 | $89.64 | $89,640.00 |
| 08/04/2020 | 7 | $113.86 | $796.99 | 08/07/2020 | 19 | $86.50 | $1,643.50 |
| 08/04/2020 | 473 | $114.00 | $53,921.95 | 08/07/2020 | 7 | $86.40 | $604.80 |
| 08/04/2020 | 500 | $114.40 | $57,199.95 | 08/07/2020 | 1,000 | $86.18 | $86,180.00 |
| 08/04/2020 | 10 | $114.25 | $1,142.50 | 08/07/2020 | 1,020 | $86.25 | $87,975.00 |
| 08/04/2020 | 100 | $114.26 | $11,426.00 | 08/07/2020 | 874 | $86.40 | $75,513.60 |
| 08/04/2020 | 8 | $114.11 | $912.88 | 08/07/2020 | 80 | $86.26 | $6,900.80 |
| 08/04/2020 | 100 | $114.32 | $11,432.00 | | | | |
| 08/04/2020 | 50 | $114.20 | $5,710.00 | | | | |
| 08/04/2020 | 232 | $114.35 | $26,529.20 | | | | |
| 08/05/2020 | 3 | $101.00 | $303.00 | | | | |
| 08/05/2020 | 12 | $101.02 | $1,212.24 | | | | |
| 08/05/2020 | 10 | $100.91 | $1,009.10 | | | | |
| 08/05/2020 | 975 | $101.15 | $98,621.25 | | | | |
| 08/05/2020 | 1,000 | $102.00 | $102,000.00 | | | | |
| 08/05/2020 | 3,000 | $113.02 | $339,045.00 | | | | |
| 08/05/2020 | 1,000 | $110.25 | $110,245.00 | | | | |
| 08/05/2020 | 1,000 | $111.05 | $111,050.00 | | | | |
| **Movant's Total** | **138,000** | | **$6,666,734.70** | | **138,000** | | **$6,560,886.41**　　**($105,848.29)** |

**For post-class period sales, either the actual price or the mean price (end of class period to the actual post-class sale price)
 will be used depending on which value is higher.

Prices listed are rounded to two decimal places.