# EXHIBIT D

ROBBINS GELLER RUDMAN
   & DOWD LLP
SHAWN A. WILLIAMS (213113)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
   – and –
DANIELLE S. MYERS (259916)
MICHAEL ALBERT (301120)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

[Proposed] Lead Counsel for [Proposed] Lead Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MARCOS BETANCOURT, Individually and on Behalf of All Others Similarly Situated, )<br><br>Plaintiff, )<br><br>vs. )<br><br>FASTLY, INC., et al., )<br><br>Defendants. ) | Case No. 3:20-cv-06024-PJH<br><br>CLASS ACTION<br><br>DECLARATION OF ANDREW R. ZENOFF |

4816-8970-7727.v1

I, ANDREW R. ZENOFF, declare as follows:

1. This declaration is made in support of my motion for consolidation of the related actions, appointment as lead plaintiff, and approval of selection of lead counsel.  I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2. I am 55 years old and reside in San Diego, California.

3. I am an entrepreneur, business owner, and inventor.  Among the companies I have founded and operated are Bean Authentic Inc., DayOne Centers, Inc., and Zenoff Products, Inc.  I am also the creator of My Brest Friend, a pioneering invention in the maternity nursing product industry that has sold millions of units in more than 30 countries for over 24 years.

4. I attended Babson College in Wellesley, Massachusetts, where I studied business, entrepreneurship, and marketing.

5. I have over 20 years of experience investing in the capital markets.

6. As a result of my career in business and entrepreneurship, I held significant supervisory, management, oversight, and leadership responsibilities.  Likewise, I have prior experience hiring and overseeing attorneys in connection with business matters over the years.

7. I suffered substantial losses as a result of my transactions in Fastly, Inc. securities during the Class Period.  As a result, I am motivated to seek to obtain the best possible result for myself and the class.

8. I understand that a lead plaintiff acts on behalf of and for the benefit of all potential class members and oversees and directs counsel throughout the litigation.

9. I am aware that, as lead plaintiff, I will interact with and direct counsel, review and comment on important documents in the case, attend important court hearings if my attendance is requested or required by the Court, participate in discovery, participate in settlement discussions, attend trial, if necessary, and authorize any potential settlement on behalf of the class.  I am willing to perform all of these duties on behalf of the class members.

10. I understand that the lead plaintiff's share of any recovery is the same as every other potential class member.  As my Certification states, I will not accept any payment for serving as a

DECLARATION OF ANDREW R. ZENOFF - 3:20-cv-06024-PJH                                                    - 1 -
4816-8970-7727.v1

representative party beyond my *pro-rata* share, except any reasonable costs and expenses – such as lost wages and travel expenses – directly related to the class representation, as ordered or approved by the Court pursuant to the Private Securities Litigation Reform Act of 1995.

11.    I am aware that I have the right to select counsel as part of the lead plaintiff process. Prior to my selection of Robbins Geller Rudman & Dowd LLP, I assessed the firm's qualifications and I spoke with Robbins Geller attorneys on multiple occasions.  Moreover, Robbins Geller came recommended to me by a personal friend of mine based upon on the Firm's experience and success prosecuting securities cases.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 21 day of October, 2020, at San Diego, California.

DocuSigned by:

*Andrew R. Zenoff*

EE82C6790A5C484...

ANDREW R. ZENOFF