Melissa A. Fortunato (#319767)
Marion C. Passmore (#228474)
**BRAGAR EAGEL & SQUIRE, P.C.**
580 California Street, Suite 1200
San Francisco, California 94104
Telephone: (415) 568-2124
Email: fortunato@bespc.com
　　　passmore@bespc.com

*Attorneys for Movants and*
*Proposed Lead Counsel for the Class*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCOS BETANCOURT, Individually and On Behalf of All Others Similarly Situated,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>FASTLY, INC., JOSHUA BIXBY, and ADRIEL LARES,<br><br>　　　　　　Defendants. | Case No. 4:20-cv-06024-PJH<br><br><u>CLASS ACTION</u><br><br>**DECLARATION OF MELISSA A. FORTUNATO IN SUPPORT OF MOTION OF RAMIRO PINEDA AND WILLIAM E. FEIT FOR CONSOLIDATION OF ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF LEAD COUNSEL**<br><br>Date:　　　December 2, 2020<br>Time:　　　9:00 a.m.<br>Courtroom:　3, 3rd Floor<br>Judge:　　　Honorable Phyllis J. Hamilton |
| RAMI HABIB, Individually and On Behalf of All Others Similarly Situated,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>FASTLY, INC., JOSHUA BIXBY, and ADRIEL LARES,<br><br>　　　　　　Defendants. | Case No. 4:20-cv-06454-PJH |

Case No. 4:20-cv-06024-PJH

DECLARATION OF MELISSA A. FORTUNATO IN SUPPORT OF MOTION OF RAMIRO PINEDA AND WILLIAM E. FEIT FOR CONSOLIDATION OF ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF LEAD COUNSEL

I, Melissa A. Fortunato, hereby declare as follows:

1.       I am a Partner with the law firm of Bragar Eagel & Squire, P.C., counsel for Movants Ramiro Pineda and William E. Feit (together, "Movants"), and a member in good standing for the bar of the State of California.  I respectfully submit this declaration in support of Movants' Motion for Consolidation of Actions, Appointment as Lead Plaintiff, and Approval of Selection of Lead Counsel in the above-captioned actions.  This declaration is based on my own personal knowledge and/or the firm's records of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.       Attached hereto as **Exhibit 1** is a true and correct copy of the Private Securities Litigation Reform Act Certification signed by Movant attaching his transactions in Fastly, Inc. ("Fastly") securities.

3.       Attached hereto as **Exhibit 2** is a true and correct copy of the loss chart detailing Movant's losses as a result of his investments in Fastly.

4.       Attached hereto as **Exhibit 3** is a true and correct copy of Movants' Joint Declaration;

5.       Attached hereto as **Exhibit 4** is a true and correct copy of the press release originally published on August 27, 2020, on *Globe Newswire* announcing the pendency of the securities lawsuit.

6.       Attached hereto as **Exhibit 5** is a true and correct copy of the firm résumé of Bragar Eagel & Squire, P.C.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.  Executed this 26th day of October, 2020.


*/s/ Melissa A. Fortunato*
Melissa A. Fortunato

1                    Case No. 4:20-cv-06024-PJH
DECLARATION OF MELISSA A. FORTUNATO IN SUPPORT OF MOTION OF RAMIRO
PINEDA AND WILLIAM E. FEIT FOR CONSOLIDATION OF ACTIONS, APPOINTMENT AS
LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF LEAD COUNSEL