# Exhibit 2

**Fastly, Inc.**

| Company Name | Fastly, Inc. |
|---|---|
| Ticker Symbol | FSLY |
| Security Type | Common Stock |
| Class Period Start | 05/06/2020 |
| Class Period End | 08/05/2020 |
| 90-DAY Lookback Period Start | 08/06/2020 |
| 90-DAY Lookback Period End | 10/26/2020 |
| 90-DAY Lookback Average | $89.7060 |

| **Movant** | **Loss** |
|---|---|
| Ramiro Pineda | ($41,368.00) |
| William E. Feit | ($29,480.00) |
| **Total Loss** | **($70,848.00)** |

| Client Name | Ramiro Pineda |
|---|---|
| Company Name | Fastly, Inc. |
| Ticker Symbol | FSLY |
| Security Type | Common Stock |
| Class Period Start | 05/06/2020 |
| Class Period End | 08/05/2020 |
| 90-DAY Lookback Period Start | 08/06/2020 |
| 90-DAY Lookback Period End | 10/26/2020 |
| 90-DAY Lookback Average | $89.7060 |
| Pre Class Period Holdings | 0 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | ($41,368.00) |
| Net Shares Retained | 0.00 |

| Date | Quantity | Purchase Price | Total Expenditure | Sale Price | Total Proceeds | Balance |
|---|---|---|---|---|---|---|
| 08/05/2020 | 800 | $110.85 | ($88,680.00) | | | ($88,680.00) |
| 08/05/2020 | 800 | $109.84 | ($87,872.00) | | | ($176,552.00) |
| 08/07/2020 | -1,600 | | | $84.49 | $135,184.00 | ($41,368.00) |
| | | | | | **Subtotal** | ($41,368.00) |
| | | | | | **Retained Share Value** | $0.00 |
| | | | | | **Total** | ($41,368.00) |

*Pursuant to 15 U.S.C. §78u-4(e), loss calculated using greater of sale price and average trading price of shares between corrective date and date of sale.

| Client Name | William E. Feit |
|---|---|
| Company Name | Fastly, Inc. |
| Ticker Symbol | FSLY |
| Security Type | Common Stock |
| Class Period Start | 05/06/2020 |
| Class Period End | 08/05/2020 |
| 90-DAY Lookback Period Start | 08/06/2020 |
| 90-DAY Lookback Period End | 10/26/2020 |
| 90-DAY Lookback Average | $89.7060 |
| Pre Class Period Holdings | 0 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | ($29,480.00) |
| Net Shares Retained | 0.00 |

| Date | Quantity | Purchase Price | Total Expenditure | Sale Price | Total Proceeds | Balance |
|---|---|---|---|---|---|---|
| 08/04/2020 | 1,000 | $113.97 | ($113,970.00) | | | ($113,970.00) |
| 08/07/2020 | -1,000 | | | $84.49 | $84,490.00 | ($29,480.00) |
| | | | | | **Subtotal** | ($29,480.00) |
| | | | | | **Retained Share Value** | $0.00 |
| | | | | | **Total** | ($29,480.00) |

*Pursuant to 15 U.S.C. §78u-4(e), loss calculated using greater of sale price and average trading price of shares between corrective date and date of sale.