Melissa A. Fortunato (#319767)
Marion C. Passmore (#228474)
**BRAGAR EAGEL & SQUIRE, P.C.**
580 California Street, Suite 1200
San Francisco, California 94104
Telephone: (415) 568-2124
Email: fortunato@bespc.com
        passmore@bespc.com

*Attorneys for Movants and*
*Proposed Lead Counsel for the Class*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re FASTLY, INC.<br>SECURITIES LITIGATION | Case No. 4:20-cv-06024-PJH<br><br>CLASS ACTION<br><br>**DECLARATION OF MELISSA A. FORTUNATO IN SUPPORT OF MEMORANDUM OF LAW IN OPPOSITION TO COMPETING LEAD PLAINTIFF MOTIONS AND IN FURTHER SUPPORT OF THE MOTION OF RAMIRO PINEDA AND WILLIAM E. FEIT FOR CONSOLIDATION OF ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF LEAD COUNSEL**<br><br>Date:          December 2, 2020<br>Time:         9:00 a.m.<br>Courtroom:  3, 3rd Floor<br>Judge:        Honorable Phyllis J. Hamilton |

Case No. 4:20-cv-06024-PJH

DECL. OF MELISSA A. FORTUNATO ISO MOL IN OPP. TO
COMPETING LP MTNS AND IN FURTHER SUPPORT OF THE MTN
OF RAMIRO PINEDA AND WILLIAM E. FEIT FOR CONSOLIDATION
OF ACTIONS, APPT. AS LP, AND APPROVAL OF SELECTION OF LEAD COUNSEL

I, Melissa A. Fortunato, hereby declare as follows:

1.      I am a Partner with the law firm of Bragar Eagel & Squire, P.C., counsel for Movants Ramiro Pineda and William E. Feit (together, "Movants"), and a member in good standing for the bar of the State of California.  I respectfully submit this declaration in support of Movants' Memorandum of Law in Opposition to Competing Lead Plaintiff Motions and in Further Support of Movants' Motion for Consolidation of Actions, Appointment as Lead Plaintiff, and Approval of Selection of Lead Counsel in the above-captioned action.  This declaration is based on my own personal knowledge and/or the firm's records of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      Attached hereto as **Exhibit 1** is a true and correct copy of the loss chart detailing competing movant Andrew R. Zenoff's LIFO and Dura LIFO losses as a result of his investments in Fastly prepared using the transactions listed on the Sworn Certification and loss chart submitted by Andrew R. Zenoff on October 26, 2020 (ECF Nos. 43-2 and 43-3).

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.  Executed this 9th day of November, 2020.

*/s/ Melissa A. Fortunato*
Melissa A. Fortunato

1                     Case No. 4:20-cv-06024-PJH
DECL. OF MELISSA A. FORTUNATO ISO MOL IN OPP. TO
COMPETING LP MTNS AND IN FURTHER SUPPORT OF THE MTN
OF RAMIRO PINEDA AND WILLIAM E. FEIT FOR CONSOLIDATION
OF ACTIONS, APPT. AS LP, AND APPROVAL OF SELECTION OF LEAD COUNSEL