# Exhibit 1

| | | | | | Andrew R. Zenoff | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Transaction Type | Purchase | Matched | Unmatched | Running Total | Quantity | Price Per Share | Shares held as of 8/6/2020 | Dura LIFO Losses | Shares held as of 8/7/2020 | Dura LIFO Losses |
| 05/12/2020 | BUY | 3,000 | | | 3,000 | 3,000 | $35.22 | | | | |
| 05/12/2020 | BUY | 4000 | | | 7000 | 4,000 | $35.54 | | | | |
| 05/12/2020 | BUY | 1900 | | | 8900 | 1,900 | $36.40 | | | | |
| 05/12/2020 | BUY | 301 | | | 9201 | 301 | $36.41 | | | | |
| 05/12/2020 | BUY | 1 | | | 9202 | 1 | $36.39 | | | | |
| 05/12/2020 | BUY | 7798 | | | 17000 | 7,798 | $36.43 | | | | |
| 05/12/2020 | BUY | 4250 | | | 21250 | 4,250 | $36.36 | | | | |
| 05/12/2020 | BUY | 655 | | | 21905 | 655 | $36.36 | | | | |
| 05/12/2020 | BUY | 95 | | | 22000 | 95 | $36.36 | | | | |
| 05/12/2020 | BUY | 4800 | | | 26800 | 4,800 | $37.50 | | | | |
| 05/12/2020 | BUY | 200 | | | 27000 | 200 | $37.46 | | | | |
| 05/12/2020 | BUY | 5000 | | | 32000 | 5,000 | $37.49 | | | | |
| 05/12/2020 | BUY | 300 | | | 32300 | 300 | $38.08 | | | | |
| 05/12/2020 | BUY | 100 | | | 32400 | 100 | $38.03 | | | | |
| 05/12/2020 | BUY | 100 | | | 32500 | 100 | $38.04 | | | | |
| 05/12/2020 | BUY | 4900 | | | 37400 | 4,900 | $38.05 | | | | |
| 05/12/2020 | BUY | 500 | | | 37900 | 500 | $38.05 | | | | |
| 05/12/2020 | BUY | 200 | | | 38100 | 200 | $38.03 | | | | |
| 05/12/2020 | BUY | 200 | | | 38300 | 200 | $38.00 | | | | |
| 05/12/2020 | BUY | 200 | | | 38500 | 200 | $38.12 | | | | |
| 05/12/2020 | BUY | 100 | | | 38600 | 100 | $38.07 | | | | |
| 05/12/2020 | BUY | 100 | | | 38700 | 100 | $38.06 | | | | |
| 05/12/2020 | BUY | 1200 | | | 39900 | 1,200 | $38.04 | | | | |
| 05/12/2020 | BUY | 7100 | | | 47000 | 7,100 | $38.13 | | | | |
| 05/12/2020 | BUY | 5000 | | | 52000 | 5,000 | $37.77 | | | | |
| 05/12/2020 | BUY | 3000 | | | 55000 | 3,000 | $36.93 | | | | |
| 05/12/2020 | BUY | 7000 | | | 62000 | 7,000 | $37.73 | | | | |
| 05/12/2020 | SELL | | -50 | | 61950 | -50 | $38.29 | | | | |
| 05/12/2020 | SELL | | -4900 | | 57050 | -4900 | $38.27 | | | | |
| 05/12/2020 | SELL | | -50 | | 57000 | -50 | $38.28 | | | | |
| 05/12/2020 | SELL | | -5000 | | 52000 | -5000 | $38.32 | | | | |
| 05/12/2020 | SELL | | -300 | | 51700 | -300 | $38.38 | | | | |
| 05/12/2020 | SELL | | -3900 | | 47800 | -3900 | $38.37 | | | | |
| 05/12/2020 | SELL | | -800 | | 47000 | -800 | $37.37 | | | | |
| 05/12/2020 | SELL | | -5000 | | 42000 | -5000 | $38.41 | | | | |
| 05/12/2020 | SELL | | -100 | | 41900 | -100 | $35.92 | | | | |
| 05/12/2020 | SELL | | -400 | | 41500 | -400 | $35.85 | | | | |

| Date | Type | Buy | Sell | | Running | Change | Price | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/12/2020 | SELL | | -100 | | 41400 | -100 | $35.84 | | | | |
| 05/12/2020 | SELL | | -100 | | 41300 | -100 | $35.86 | | | | |
| 05/12/2020 | SELL | | -800 | | 40500 | -800 | $35.83 | | | | |
| 05/12/2020 | SELL | | -300 | | 40200 | -300 | $35.82 | | | | |
| 05/12/2020 | SELL | | -5100 | | 35100 | -5100 | $35.75 | | | | |
| 05/12/2020 | SELL | | -100 | | 35000 | -100 | $35.80 | | | | |
| 05/12/2020 | SELL | | -1100 | | 33900 | -1100 | $36.62 | | | | |
| 05/12/2020 | SELL | | -100 | | 33800 | -100 | $36.61 | | | | |
| 05/12/2020 | SELL | | -4400 | | 29400 | -4400 | $36.61 | | | | |
| 05/12/2020 | SELL | | -305 | | 29095 | -305 | $36.56 | | | | |
| 05/12/2020 | SELL | | -1008 | | 28087 | -1008 | $36.55 | | | | |
| 05/12/2020 | SELL | | -1005 | | 27082 | -1005 | $36.54 | | | | |
| 05/12/2020 | SELL | | -312 | | 26770 | -312 | $36.51 | | | | |
| 05/12/2020 | SELL | | -1398 | | 25372 | -1398 | $36.50 | | | | |
| 05/12/2020 | SELL | | -872 | | 24500 | -872 | $36.52 | | | | |
| 05/12/2020 | SELL | | -4000 | | 20500 | -4000 | $36.52 | | | | |
| 05/12/2020 | SELL | | -500 | | 20000 | -500 | $36.53 | | | | |
| 05/12/2020 | SELL | | -1000 | | 19000 | -1000 | $37.55 | | | | |
| 05/12/2020 | SELL | | -2400 | | 16600 | -2400 | $37.53 | | | | |
| 05/12/2020 | SELL | | -521 | | 16079 | -521 | $37.52 | | | | |
| 05/12/2020 | SELL | | -400 | | 15679 | -400 | $37.51 | | | | |
| 05/12/2020 | SELL | | -100 | | 15579 | -100 | $37.57 | | | | |
| 05/12/2020 | SELL | | -100 | | 15479 | -100 | $37.54 | | | | |
| 05/12/2020 | SELL | | -100 | | 15379 | -100 | $37.43 | | | | |
| 05/12/2020 | SELL | | -100 | | 15279 | -100 | $37.45 | | | | |
| 05/12/2020 | SELL | | -100 | | 15179 | -100 | $37.46 | | | | |
| 05/12/2020 | SELL | | -772 | | 14407 | -772 | $37.50 | | | | |
| 05/12/2020 | SELL | | -200 | | 14207 | -200 | $37.47 | | | | |
| 05/12/2020 | SELL | | -600 | | 13607 | -600 | $37.46 | | | | |
| 05/12/2020 | SELL | | -700 | | 12907 | -700 | $37.45 | | | | |
| 05/12/2020 | SELL | | -2907 | | 10000 | -2907 | $37.44 | | | | |
| 05/12/2020 | SELL | | -7000 | | 3000 | -7000 | $38.55 | | | | |
| 05/12/2020 | SELL | | -3000 | | 0 | -3000 | $37.35 | | | | |
| 05/13/2020 | BUY | 1300 | | | 1300 | 1,300 | $38.42 | | | | |
| 05/13/2020 | BUY | 300 | | | 1600 | 300 | $38.50 | | | | |
| 05/13/2020 | BUY | 100 | | | 1700 | 100 | $38.45 | | | | |
| 05/13/2020 | BUY | 700 | | | 2400 | 700 | $38.82 | | | | |
| 05/13/2020 | BUY | 500 | | | 2900 | 500 | $38.81 | | | | |
| 05/13/2020 | BUY | 98 | | | 2998 | 98 | $38.90 | | | | |
| 05/13/2020 | BUY | 502 | | | 3500 | 502 | $38.89 | | | | |
| 05/13/2020 | BUY | 175 | | | 3675 | 175 | $38.92 | | | | |
| 05/13/2020 | BUY | 1055 | | | 4730 | 1,055 | $38.94 | | | | |

| Date | Type | | | | | | Price | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/13/2020 | BUY | 200 | | | 4930 | 200 | $38.93 | | | | |
| 05/13/2020 | BUY | 115 | | | 5045 | 115 | $38.95 | | | | |
| 05/13/2020 | BUY | 625 | | | 5670 | 625 | $38.96 | | | | |
| 05/13/2020 | BUY | 730 | | | 6400 | 730 | $38.98 | | | | |
| 05/13/2020 | BUY | 800 | | | 7200 | 800 | $38.97 | | | | |
| 05/13/2020 | BUY | 1000 | | | 8200 | 1,000 | $38.87 | | | | |
| 05/13/2020 | BUY | 1600 | | | 9800 | 1,600 | $39.00 | | | | |
| 05/13/2020 | BUY | 200 | | | 10000 | 200 | $38.99 | | | | |
| 05/13/2020 | SELL | | -1400 | | 8600 | -1400 | $36.58 | | | | |
| 05/13/2020 | SELL | | -200 | | 8400 | -200 | $36.63 | | | | |
| 05/13/2020 | SELL | | -302 | | 8098 | -302 | $36.65 | | | | |
| 05/13/2020 | SELL | | -300 | | 7798 | -300 | $36.62 | | | | |
| 05/13/2020 | SELL | | -2425 | | 5373 | -2425 | $36.61 | | | | |
| 05/13/2020 | SELL | | -303 | | 5070 | -303 | $36.66 | | | | |
| 05/13/2020 | SELL | | -963 | | 4107 | -963 | $36.60 | | | | |
| 05/13/2020 | SELL | | -2486 | | 1621 | -2486 | $36.57 | | | | |
| 05/13/2020 | SELL | | -300 | | 1321 | -300 | $36.59 | | | | |
| 05/13/2020 | SELL | | -300 | | 1021 | -300 | $36.74 | | | | |
| 05/13/2020 | SELL | | -300 | | 721 | -300 | $36.73 | | | | |
| 05/13/2020 | SELL | | -500 | | 221 | -500 | $36.71 | | | | |
| 05/13/2020 | SELL | | -121 | | 100 | -121 | $36.70 | | | | |
| 05/13/2020 | SELL | | -100 | | 0 | -100 | $36.69 | | | | |
| 05/13/2020 | SELL | | 0 | -100 | 0 | -100 | $36.49 | | | | |
| 05/13/2020 | SELL | | 0 | -300 | 0 | -300 | $36.45 | | | | |
| 05/13/2020 | SELL | | 0 | -100 | 0 | -100 | $36.46 | | | | |
| 05/13/2020 | SELL | | 0 | -3500 | 0 | -3500 | $36.33 | | | | |
| 05/13/2020 | SELL | | 0 | -200 | 0 | -200 | $36.37 | | | | |
| 05/13/2020 | SELL | | 0 | -200 | 0 | -200 | $36.38 | | | | |
| 05/13/2020 | SELL | | 0 | -100 | 0 | -100 | $36.39 | | | | |
| 05/13/2020 | SELL | | 0 | -500 | 0 | -500 | $36.36 | | | | |
| | | 6000 | | | 6000 | | | | | | |
| 05/14/2020 | BUY | | | | | 6,000 | $36.68 | 2000 | 0 | 2000 | 0 |
| 05/14/2020 | BUY | 6000 | | | 12000 | 6,000 | $36.75 | | | | |
| 05/14/2020 | BUY | 6000 | | | 18000 | 6,000 | $36.78 | | | | |
| 05/14/2020 | SELL | | -300 | | 17700 | -300 | $36.85 | | | | |
| 05/14/2020 | SELL | | -9700 | | 8000 | -9700 | $36.83 | | | | |
| 05/14/2020 | SELL | | -1100 | | 6900 | -1100 | $37.12 | | | | |
| 05/14/2020 | SELL | | -1700 | | 5200 | -1700 | $37.11 | | | | |
| 05/14/2020 | SELL | | -200 | | 5000 | -200 | $37.12 | | | | |
| 05/15/2020 | BUY | 3000 | | | 8000 | 3,000 | $38.18 | | | | |
| 05/15/2020 | BUY | 4000 | | | 12000 | 4,000 | $38.55 | | | | |

| Date | Type | Buy | Sell | | Balance | Qty | Price | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/15/2020 | BUY | 1000 | | | 13000 | 1,000 | $38.46 | | | | |
| 05/15/2020 | BUY | 464 | | | 13464 | 464 | $37.59 | | | | |
| 05/15/2020 | BUY | 2536 | | | 16000 | 2,536 | $37.58 | | | | |
| 05/15/2020 | SELL | | -4000 | | 12000 | -4000 | $38.20 | | | | |
| 05/15/2020 | SELL | | -4000 | | 8000 | -4000 | $38.84 | | | | |
| 05/15/2020 | SELL | | -557 | | 7443 | -557 | $38.70 | | | | |
| 05/15/2020 | SELL | | -1 | | 7442 | -1 | $38.28 | | | | |
| 05/15/2020 | SELL | | -2442 | | 5000 | -2442 | $38.28 | | | | |
| 05/15/2020 | SELL | | -300 | | 4700 | -300 | $39.01 | | | | |
| 05/15/2020 | SELL | | -869 | | 3831 | -869 | $39.00 | | | | |
| 05/15/2020 | SELL | | -1831 | | 2000 | -1831 | $38.85 | | | | |
| | | 590 | | | 2590 | | | | | | |
| 05/18/2020 | BUY | | | | | 590 | $41.60 | 590 | 0 | 590 | 0 |
| | | 910 | | | 3500 | | | | | | |
| 05/18/2020 | BUY | | | | | 910 | $41.48 | 910 | 0 | 910 | 0 |
| | | 92 | | | 3592 | | | | | | |
| 05/18/2020 | BUY | | | | | 92 | $42.01 | 92 | 0 | 92 | 0 |
| | | 100 | | | 3692 | | | | | | |
| 05/18/2020 | BUY | | | | | 100 | $42.24 | 100 | 0 | 100 | 0 |
| | | 808 | | | 4500 | | | | | | |
| 05/18/2020 | BUY | | | | | 808 | $42.24 | 808 | 0 | 808 | 0 |
| | | 205 | | | 4705 | | | | | | |
| 05/18/2020 | BUY | | | | | 205 | $40.99 | 205 | 0 | 205 | 0 |
| | | 193 | | | 4898 | | | | | | |
| 05/18/2020 | BUY | | | | | 193 | $40.90 | 193 | 0 | 193 | 0 |
| | | 990 | | | 5888 | | | | | | |
| 05/18/2020 | BUY | | | | | 990 | $41.00 | 102 | 0 | 102 | 0 |
| 05/18/2020 | BUY | 1612 | | | 7500 | 1,612 | $40.95 | | | | |
| 05/18/2020 | SELL | | -2500 | | 5000 | -2500 | $41.69 | | | | |
| 06/18/2020 | BUY | 1600 | | | 6600 | 1,600 | $63.11 | | | | |
| 06/18/2020 | BUY | 400 | | | 7000 | 400 | $63.15 | | | | |
| 06/18/2020 | BUY | 1000 | | | 8000 | 1,000 | $62.87 | | | | |
| 06/19/2020 | BUY | 190 | | | 8190 | 190 | $64.19 | | | | |
| 06/19/2020 | BUY | 1037 | | | 9227 | 1,037 | $64.20 | | | | |

| Date | Type | Buy Qty | Sell Qty | | Balance | Qty | Price | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 06/19/2020 | BUY | 273 | | | 9500 | 273 | $64.25 | | | |
| 06/19/2020 | BUY | 276 | | | 9776 | 276 | $63.25 | | | |
| 06/19/2020 | BUY | 600 | | | 10376 | 600 | $63.26 | | | |
| 06/19/2020 | BUY | 24 | | | 10400 | 24 | $63.28 | | | |
| 06/19/2020 | BUY | 100 | | | 10500 | 100 | $63.27 | | | |
| 06/19/2020 | BUY | 500 | | | 11000 | 500 | $63.38 | | | |
| 06/19/2020 | BUY | 1500 | | | 12500 | 1,500 | $63.39 | | | |
| 06/19/2020 | BUY | 1000 | | | 13500 | 1,000 | $63.66 | | | |
| 06/19/2020 | SELL | | -4000 | | 9500 | -4000 | $62.72 | | | |
| 06/19/2020 | SELL | | -300 | | 9200 | -300 | $63.21 | | | |
| 06/19/2020 | SELL | | -2152 | | 7048 | -2152 | $63.20 | | | |
| 06/19/2020 | SELL | | -2048 | | 5000 | -2048 | $63.23 | | | |
| 06/22/2020 | BUY | 200 | | | 5200 | 200 | $70.96 | | | |
| 06/22/2020 | BUY | 221 | | | 5421 | 221 | $70.97 | | | |
| 06/22/2020 | BUY | 4779 | | | 10200 | 4,779 | $70.98 | | | |
| 06/24/2020 | SELL | | -5200 | | 5000 | -5200 | $69.86 | | | |
| 06/26/2020 | BUY | 100 | | | 5100 | 100 | $86.81 | | | |
| 06/26/2020 | BUY | 400 | | | 5500 | 400 | $86.84 | | | |
| 06/26/2020 | BUY | 500 | | | 6000 | 500 | $86.84 | | | |
| 06/26/2020 | BUY | 1000 | | | 7000 | 1,000 | $86.89 | | | |
| 06/26/2020 | BUY | 500 | | | 7500 | 500 | $87.22 | | | |
| 06/26/2020 | BUY | 500 | | | 8000 | 500 | $85.88 | | | |
| 06/26/2020 | BUY | 300 | | | 8300 | 300 | $83.91 | | | |
| 06/26/2020 | BUY | 175 | | | 8475 | 175 | $83.92 | | | |
| 06/26/2020 | BUY | 25 | | | 8500 | 25 | $83.96 | | | |
| 06/26/2020 | BUY | 200 | | | 8700 | 200 | $83.79 | | | |
| 06/26/2020 | BUY | 800 | | | 9500 | 800 | $83.80 | | | |
| 06/26/2020 | SELL | | -1500 | | 8000 | -1500 | $84.29 | | | |
| 06/29/2020 | BUY | 500 | | | 8500 | 500 | $88.20 | | | |
| 06/29/2020 | BUY | 500 | | | 9000 | 500 | $88.37 | | | |
| 06/29/2020 | BUY | 1000 | | | 10000 | 1,000 | $82.75 | | | |
| 06/29/2020 | BUY | 500 | | | 10500 | 500 | $80.27 | | | |
| 07/06/2020 | SELL | | -175 | | 10325 | -175 | $82.57 | | | |
| 07/06/2020 | SELL | | -100 | | 10225 | -100 | $82.55 | | | |
| 07/06/2020 | SELL | | -201 | | 10024 | -201 | $85.56 | | | |
| 07/06/2020 | SELL | | -200 | | 9824 | -200 | $82.58 | | | |
| 07/06/2020 | SELL | | -721 | | 9103 | -721 | $82.52 | | | |
| 07/06/2020 | SELL | | -703 | | 8400 | -703 | $82.53 | | | |
| 07/06/2020 | SELL | | -400 | | 8000 | -400 | $82.49 | | | |
| 07/06/2020 | SELL | | -500 | | 7500 | -500 | $82.31 | | | |
| 07/06/2020 | SELL | | -750 | | 6750 | -750 | $82.28 | | | |
| 07/07/2020 | SELL | | -1750 | | 5000 | -1750 | $87.39 | | | |

5

| Date | Type | Buy | Sell | | Running | | Price | | |
|---|---|---|---|---|---|---|---|---|---|
| 07/21/2020 | BUY | 100 | | | 5100 | 100 | $84.42 | 100 | 0 |
| 07/21/2020 | BUY | 300 | | | 5400 | 300 | $83.73 | 300 | 0 |
| 07/21/2020 | BUY | 100 | | | 5500 | 100 | $84.18 | 100 | 0 |
| 07/24/2020 | BUY | 200 | | | 5700 | 200 | $77.38 | 200 | 0 |
| 07/24/2020 | BUY | 100 | | | 5800 | 100 | $77.70 | 100 | 0 |
| 07/30/2020 | BUY | 181 | | | 5981 | 181 | $91.09 | 181 | $262.45 |
| 07/30/2020 | BUY | 100 | | | 6081 | 100 | $91.05 | 100 | $141.00 |
| 07/30/2020 | BUY | 19 | | | 6100 | 19 | $91.09 | 19 | $27.55 |
| 07/30/2020 | BUY | 200 | | | 6300 | 200 | $92.11 | 200 | $494.00 |
| 08/04/2020 | BUY | 1000 | | | 7300 | 1,000 | $114.60 | 1000 | $19,280.00 |
| 08/04/2020 | BUY | 20 | | | 7320 | 20 | $114.00 | 20 | $385.60 |
| 08/04/2020 | BUY | 7 | | | 7327 | 7 | $113.86 | 7 | $134.96 |
| 08/04/2020 | BUY | 473 | | | 7800 | 473 | $114.00 | 173 | $3,335.44 |
| 08/04/2020 | BUY | 500 | | | 8300 | 500 | $114.40 | | |
| 08/04/2020 | BUY | 10 | | | 8310 | 10 | $114.25 | | |
| 08/04/2020 | BUY | 100 | | | 8410 | 100 | $114.26 | | |
| 08/04/2020 | BUY | 8 | | | 8418 | 8 | $114.11 | | |
| 08/04/2020 | BUY | 100 | | | 8518 | 100 | $114.32 | | |
| 08/04/2020 | BUY | 50 | | | 8568 | 50 | $114.20 | | |
| 08/04/2020 | BUY | 232 | | | 8800 | 232 | $114.35 | | |
| 08/04/2020 | SELL | | -1300 | | 7500 | -1300 | $112.05 | | |
| 08/05/2020 | BUY | 3 | | | 7503 | 3 | $101.00 | 3 | $34.08 |
| 08/05/2020 | BUY | 12 | | | 7515 | 12 | $101.02 | 12 | $136.56 |
| 08/05/2020 | BUY | 10 | | | 7525 | 10 | $100.91 | 10 | $112.70 |
| 08/05/2020 | BUY | 975 | | | 8500 | 975 | $101.15 | 475 | $5,467.25 |
| 08/05/2020 | BUY | 1000 | | | 9500 | 1,000 | $102.00 | | |
| 08/05/2020 | BUY | 3000 | | | 12500 | 3,000 | $113.02 | | |
| 08/05/2020 | BUY | 1000 | | | 13500 | 1,000 | $110.25 | | |
| 08/05/2020 | BUY | 1000 | | | 14500 | 1,000 | $111.05 | | |
| 08/05/2020 | SELL | | -2725 | | 11775 | -2725 | $110.45 | | |
| 08/05/2020 | SELL | | -100 | | 11675 | -100 | $110.42 | | |
| 08/05/2020 | SELL | | -175 | | 11500 | -175 | $110.41 | | |
| 08/05/2020 | SELL | | -175 | | 11325 | -175 | $109.81 | | |
| 08/05/2020 | SELL | | -1325 | | 10000 | -1325 | $109.80 | | |
| 08/06/2020 | SELL | | ($1,000.00) | | 9,000.00 | -1000 | $89.64 | | |
| 08/06/2020 | SELL | | ($1,000.00) | | 8,000.00 | -1000 | $89.64 | | |
| 08/07/2020 | SELL | | ($19.00) | | 7,981.00 | -19 | $86.50 | | |

| Date | Action | | Amount | | Balance | Shares | Price | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/07/2020 | SELL | | ($7.00) | | 7,974.00 | -7 | $86.40 | | | | |
| 08/07/2020 | SELL | | ($1,000.00) | | 6,974.00 | -1000 | $86.18 | | | | |
| 08/07/2020 | SELL | | ($1,020.00) | | 5,954.00 | -1020 | $86.25 | | | | |
| 08/07/2020 | SELL | | ($874.00) | | 5,080.00 | -874 | $86.40 | | | | |
| 08/07/2020 | SELL | | ($80.00) | | 5,000.00 | -80 | $86.26 | | | | |
| | | | | | | | | | | | |
| **LIFO DURING CLASS** | | | | | | | | | | | |
| | | | | | | | | | | | |
| Shares Purchased | 138,000 | | Damages | Proceeds from shares purchased and sold in Class | | | 5,941,057.81 | | | | |
| Shares Sold in 90 Days | 5,000 | | + | Proceeds from shares purchased and sold in 90 day | | | 438,097.70 | | | | |
| Expenditures | $6,666,770.05 | | + | Value of shares purchased and held until 90 day end | | | 438,512.70 | | | | |
| | | | - | expenditures on shares purchased | | | 6,666,770.05 | | | | |
| Shares Sold in Class | 128,000 | | | | | **LIFO** | **150,898.16** | | | | |
| | | | | | | **Dura LIFO** | **-29,811.59** | | | | |
| Proceeds in Class | $5,941,057.81 | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| Proceeds in 90 day | $438,097.70 | | Total Shares Sold | 133,000 | | | | | | | |
| Shares Held class end | 10,000 | | | | | | | | | | |
| Shares Held 90 day end | 5,000 | | Total Proceeds | $6,122,811.81 | | | | | | | |