ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS (213113)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
  – and –
DANIELLE S. MYERS (259916)
MICHAEL ALBERT (301120)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
dmyers@rgrdlaw.com
malbert@rgrdlaw.com

[Proposed] Lead Counsel for [Proposed] Lead Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re FASTLY, INC. SECURITIES LITIGATION | )<br>)<br>) | Case No. 4:20-cv-06024-PJH<br><br><u>CLASS ACTION</u> |
| This Document Relates To:<br><br>        ALL ACTIONS. | )<br>)<br>)<br>)<br>)<br>) | ANDREW R. ZENOFF'S REPLY IN FURTHER SUPPORT OF MOTION FOR APPOINTMENT AS LEAD PLAINTIFF<br><br>DATE: December 2, 2020<br>TIME: 9:00 a.m.<br>CTRM: 3, 3rd Floor<br>JUDGE: Hon. Phyllis J. Hamilton |

4820-1854-6898.v1

Of the two remaining movants seeking appointment as lead plaintiff pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), only Andrew R. Zenoff satisfies the requirements for appointment as lead plaintiff.[1] Mr. Zenoff is a sophisticated investor who filed a timely motion, suffered the largest losses under any relevant metric, is typical and adequate, selected qualified counsel, and is not subject to unique defenses. *See* 15 U.S.C. §78u-4(a)(3)(B).[2]

The only opposition to Mr. Zenoff's motion is based upon the Bragar Group's reverse-engineered loss calculations, which are entirely premised on the incorrect assumption that Mr. Zenoff must have "held shares before the Class Period." ECF No. 57 at 3. That is not the case. Mr. Zenoff had no opening position of Fastly, Inc. securities (*i.e.*, he did not hold any Fastly securities when the Class Period began) and his losses of over $105,848 are the same under both the last-in, first-out (LIFO) and first-in, first out (FIFO) accounting methodologies. Even under the "*Dura* LIFO*" method which the Bragar Group belatedly and improperly adopts for the first time in its opposition brief, Mr. Zenoff's losses of $77,729.32 are *still* indisputably greater than the *combined* losses of the two unrelated strangers comprising the lawyer-created Bragar Group.[3] Accordingly, Mr. Zenoff possesses the largest financial interest under any relevant loss calculation method.

---

[1] The remaining movants are: (1) Mr. Zenoff; and (2) Ramiro Pineda and William E. Feit (the "Bragar Group"). On November 6, 2020, Xinhua Wei filed a notice of withdrawal, recognizing that he "does not appear to have the largest financial interest." ECF No. 54. On November 9, 2020, Kalpesh Bhatia filed a non-opposition to Mr. Zenoff's motion, finding that "movant Andrew R. Zenoff, based on his motion, has the largest financial interest of all movants in this case. Bhatia is unaware of any basis to oppose Zenoff's motion." ECF No. 55. The only other movant, Paul Worland, has abandoned his own motion and has failed to oppose Mr. Zenoff's motion. *See, e.g.*, *In re KIT Digital, Inc. Sec. Litig.*, 293 F.R.D. 441, 443 (S.D.N.Y. 2013) ("Two additional movants . . . did not file opposition briefs, and thus the Court deems their applications abandoned or withdrawn.").

[2] Any attempt by the Bragar Group to challenge Mr. Zenoff's qualifications for the first time in the Bragar Group's reply brief should be deemed untimely and the arguments waived. *See Cedano-Viera v. Ashcroft*, 324 F.3d 1062, 1066 n.5 (9th Cir. 2003) (courts should "decline to consider new issues raised for the first time in a reply brief"); *In re Zoom Sec. Litig.*, 2020 U.S. Dist. LEXIS 207490, at *8 (N.D. Cal. Nov. 4, 2020) (Donato, J.) (finding that movant making "ill-advised attempt to reserve the right to address [another movant's] typicality and adequacy in their opposition" [has] "forfeited the opportunity to dispute his showing of typicality and adequacy.").

[3] There is little doubt from its Joint Declaration – which fails to set forth not only any pre-existing relationship between Mr. Feit and Mr. Pineda but whether they so much as spoke to each other on the phone prior to their motion being filed – that the Bragar Group is the sort of lawyer-created assemblage explicitly rejected by this Court. *See In re Cloudera, Inc. Sec. Litig.*, 2019 U.S. Dist. LEXIS 216750, at *19 (N.D. Cal. Dec. 16, 2019) (Koh, J.) ("Chief United States

ANDREW R. ZENOFF'S REPLY IN FURTHER SUPPORT OF MOTION FOR APPOINTMENT AS
LEAD PLAINTIFF - 4:20-cv-06024-PJH                                                        - 1 -
4820-1854-6898.v1

Mr. Zenoff is the presumptive lead plaintiff. No movant, including the Bragar Group, has rebutted the presumption in Mr. Zenoff's favor.  Mr. Zenoff  respectfully requests that the Court appoint him as Lead Plaintiff.

DATED:  November 16, 2020

Respectfully submitted,

ROBBINS GELLER RUDMAN
  & DOWD LLP
DANIELLE S. MYERS
MICHAEL ALBERT

                    s/ Michael Albert
               MICHAEL ALBERT

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
dmyers@rgrdlaw.com
malbert@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com

[Proposed] Lead Counsel for [Proposed] Lead Plaintiff

District Judge Phyllis Hamilton found that plaintiff groups could not be 'the most adequate plaintiffs' where the members were 'unrelated to each other' until introduced by their lawyers.") (quoting *In re Silicon Storage Tech., Inc.*, 2005 U.S. Dist. LEXIS 45246, at *33 (N.D. Cal. May 3, 2005)).  The Bragar Group's inability to function as a cohesive unit appears to have already manifested in its members' inability to timely agree upon whether they "[a]dopt" the allegations of underlying complaint(s) that they reviewed (nor do they "[s]pecif[y] the allegations [they] intend[] to assert" if they did not agree to adopt the allegations), as mandated in this District.  *See* Civil L.R. 3-7(c).  The Court can thus summarily reject the Bragar Group's application on the independent basis that the Bragar Group has failed to satisfy Rule 23's requirements.  *See In re Stitch Fix, Inc. Sec. Litig.*, 393 F. Supp. 3d 833, 836 (N.D. Cal. 2019) (Donato, J.) ("To permit aggregation and lead plaintiff status for such a group undercuts the goal of having the plaintiffs and not the lawyers call the shots in securities class actions. . . .  Consequently, the Court declines to aggregate the Stitch Fix Investor Group members' losses *or to consider their individual losses*.") (emphasis added).

# Mailing Information for a Case 4:20-cv-06024-PJH In re FASTLY, INC. SECURITIES LITIGATION

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Michael Albert**
  malbert@rgrdlaw.com,MAlbert@ecf.courtdrive.com

- **Adam Marc Apton**
  aapton@zlk.com

- **Brett Hom De Jarnette**
  bdejarnette@cooley.com,galancr@cooley.com

- **Lubna Faruqi**
  lfaruqi@faruqilaw.com,ecf@faruqilaw.com

- **Janelle Marie Fernandes**
  jfernandes@cooley.com,emadrigal@cooley.com

- **Melissa Ann Fortunato**
  fortunato@bespc.com,ecf@bespc.com

- **Richard W. Gonnello**
  rgonnello@faruqilaw.com,ecf@faruqilaw.com,dbehnke@faruqilaw.com

- **Benjamin Heikali**
  Bheikali@faruqilaw.com,ealdo@faruqilaw.com,rglezakos@faruqilaw.com,ecf@faruqilaw.com,tpeter@faruqilaw.com

- **J Alexander Hood , II**
  ahood@pomlaw.com,tcrockett@pomlaw.com,abarbosa@pomlaw.com

- **Katherine M. Lenahan**
  klenahan@faruqilaw.com

- **Jeremy A. Lieberman**
  jalieberman@pomlaw.com,tcrockett@pomlaw.com,disaacson@pomlaw.com,abarbosa@pomlaw.com,lpvega@pomlaw.com

- **Danielle Suzanne Myers**
  dmyers@rgrdlaw.com,dmyers@ecf.courtdrive.com,e_file_sd@rgrdlaw.com

- **Jennifer Pafiti**
  jpafiti@pomlaw.com,jalieberman@pomlaw.com,ahood@pomlaw.com,egoodman@pomlaw.com,disaacson@pomlaw.com,ashmatkova@pomlaw.com,abarbosa@pomla

- **Marion Curry Passmore**
  passmore@bespc.com,ecf@bespc.com

- **Laurence Matthew Rosen**
  lrosen@rosenlegal.com,larry.rosen@earthlink.net,lrosen@ecf.courtdrive.com

- **Jessica Valenzuela Santamaria**
  jsantamaria@cooley.com,galancr@cooley.com

- **Nina M. Varindani**
  nvarindani@faruqilaw.com

- **Shawn A. Williams**
  shawnw@rgrdlaw.com,cbarrett@rgrdlaw.com,ShawnW@ecf.courtdrive.com,e_file_sd@rgrdlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)