COOLEY LLP
JESSICA VALENZUELA SANTAMARIA (220934) (jvs@cooley.com)
BRETT H. DE JARNETTE (292919) (bdejarnette@cooley.com)
JANELLE M. FERNANDES (322217) (jfernandes@cooley.com)
ANGELICA LEO (334324) (aleo@cooley.com)
3175 Hanover Street
Palo Alto, California  94304-1130
Telephone:     +1 650 843 5000
Facsimile:     +1 650 849 7400

Attorneys for Defendants
FASTLY, INC., JOSHUA BIXBY,
and ADRIEL LARES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re FASTLY, INC. SECURITIES LITIGATION<br><br>_____<br><br>This Document Relates to:<br><br>ALL ACTIONS. | Case No. 4:20-cv-06024-PJH<br><br>CLASS ACTION<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEFENDANTS' DEADLINE TO FILE REPLIES IN SUPPORT OF MOTION TO DISMISS AND REQUEST FOR JUDICIAL NOTICE AND INCORPORATION BY REFERENCE** |

Pursuant to Civil Local Rules 6-2 and 7-12, Defendants Fastly, Inc., Joshua Bixby, and Adriel Lares (collectively, "Defendants"), and Plaintiff Andrew R. Zenoff ("Plaintiff") (together with Defendants, the "Parties"), by and through their undersigned counsel, agree to an extension of time for Defendants to file Defendants' Reply in Support of the Motion to Dismiss and Defendants' Reply in Support of the Request for Judicial Notice and Incorporation by Reference (together, the "Replies") from August 25, 2021 to September 1, 2021.

WHEREAS, Plaintiff filed a Consolidated Complaint (the "Complaint") on April 12, 2021 (ECF No. 68);

WHEREAS, Defendants filed a Motion to Dismiss Plaintiff's Complaint (the "Motion") and a Request for Judicial Notice and Incorporation by Reference in Support of Defendants' Motion (the "RJN") on June 11, 2021 (ECF Nos. 70, 71);

WHEREAS, Plaintiff filed an Opposition to Defendants' Motion and an Opposition to Defendants' RJN on July 26, 2021 (together, the "Oppositions") (ECF Nos. 73, 74);

WHEREAS, since the filing of Plaintiff's Oppositions, Defendants' lead counsel has been sick for two weeks and unexpected travel and unforeseen and unmovable, nonrecreational commitments have arisen;

WHEREAS, the deadline to file Defendants' Replies is August 25, 2021;

WHEREAS, Defendants request, and Plaintiff does not oppose, that the deadline to file Defendants' Replies be extended from August 25, 2021 to September 1, 2021;

WHEREAS, the scheduling modification will not affect any other deadline.

NOW THEREFORE, the Parties hereby STIPULATE and AGREE as follows, through their undersigned counsel:

1. Defendants shall file any Reply in Support of Defendants' Motion on or before September 1, 2021; and

2. Defendants shall file any Reply in Support of Defendants' RJN on or before September 1, 2021.

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

1

STIP. AND [PROPOSED] ORDER TO EXTEND
DEFS' DEADLINE TO FILE REPLIES ISO MTD
4:20-CV-06024-PJH

Stipulated by and between:

Dated:  August 20, 2020                    COOLEY LLP
                                           JESSICA VALENZUELA SANTAMARIA
                                           BRETT H. DE JARNETTE
                                           JANELLE M. FERNANDES
                                           ANGELICA LEO


                                           By: */s/ Brett De Jarnette*
                                                Brett De Jarnette

                                           Attorneys for Defendants
                                           FASTLY, INC., JOSHUA BIXBY, and
                                           ADRIEL LARES

Dated:  August 20, 2020                    ROBBINS GELLER RUDMAN
                                             & DOWD LLP
                                           LAURIE L. LARGENT
                                           CAROLINE M. ROBERT


                                           By: */s/ Caroline M. Robert*
                                                Caroline M. Robert

                                           Lead Counsel for Lead Plaintiff
                                           655 West Broadway, Suite 1900
                                           San Diego, CA 92101
                                           Telephone: 619/231-1058
                                           619/231-7423 (fax)
                                           llargent@rgrdlaw.com
                                           crobert@rgrdlaw.com

                                           ROBBINS GELLER RUDMAN
                                             & DOWD LLP
                                           SHAWN A. WILLIAMS
                                           Post Montgomery Center
                                           One Montgomery Street, Suite 1800
                                           San Francisco, CA 94104
                                           Telephone: 415/288-4545
                                           415/288-4534 (fax)
                                           shawnw@rgrdlaw.com

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

2

**ATTESTATION PURSUANT TO CIV. L.R. 5-1(I)(3)**

Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the other signatory.

Dated: August 20, 2021

/s/ Brett De Jarnette
Brett De Jarnette

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _August 24, 2021_

Hon. Phyllis J. Hamilton
United Sates District Court Judge

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

3

STIP. AND [PROPOSED] ORDER TO EXTEND
DEFS' DEADLINE TO FILE REPLIES ISO MTD
4:20-CV-06024-PJH