COOLEY LLP
JESSICA VALENZUELA SANTAMARIA (220934) (jvs@cooley.com)
BRETT H. DE JARNETTE (292919) (bdejarnette@cooley.com)
JANELLE M. FERNANDES (322217) (jfernandes@cooley.com)
ANGELICA LEO (334324) (aleo@cooley.com)
3175 Hanover Street
Palo Alto, California 94304-1130
Telephone:    +1 650 843 5000
Facsimile:    +1 650 849 7400

Attorneys for Defendants
FASTLY, INC., JOSHUA BIXBY,
and ADRIEL LARES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re FASTLY, INC. SECURITIES LITIGATION | Case No. 4:20-cv-06024-PJH |
| | <u>CLASS ACTION</u> |
| | **DEFENDANTS' STATEMENT OF RECENT DECISION** |
| This Document Relates to: | **CIV. L.R. 7-3(D)(2)** |
| ALL ACTIONS. | Judge:       Hon. Phyllis J. Hamilton |
| | Courtroom:   3 |

Pursuant to Civil Local Rule 7-3(d)(2), Defendants Fastly, Inc., Joshua Bixby, and Adriel Lares (collectively, the "Defendants") respectfully submit this Statement of Recent Decision to bring to the Court's attention two recent decisions on motions to dismiss involving claims brought under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934: *In re H.P. Inc. Securities Litigation*, Case No. 3:20-cv-01260-SI, Motion to Dismiss Order (ECF No. 112) (N.D. Cal., Sept. 15, 2021) and *City of Riviera Beach Gen. Emps. Ret. Sys. v. Macquarie Infrastructure Corp.*, No. 18-CV-3608 (VSB), 2021 WL 4084572 (S.D.N.Y. Sept. 7, 2021). These decisions relate to arguments made in Defendants' Motion to Dismiss ("Motion") (ECF No. 70) and Reply in support of the Motion (ECF No. 78). A copy of the *In re H.P. Inc. Securities Litigation* decision is attached for the Court's reference as **Exhibit A**, and a copy of the *City of Riviera Beach Gen. Emps. Ret. Sys. v. Macquarie Infrastructure Corp.* decision is attached as **Exhibit B**.

Dated: September 29, 2021

COOLEY LLP
JESSICA VALENZUELA SANTAMARIA
BRETT H. DE JARNETTE
JANELLE M. FERNANDES
ANGELICA LEO

By: */s/ Jessica Valenzuela Santamaria*
Jessica Valenzuela Santamaria

Attorneys for Defendants
FASTLY, INC., JOSHUA BIXBY, and
ADRIEL LARES

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

1

**STATEMENT OF RECENT DECISION**
**CASE NO. 4:20-CV-06024-PJH**