```
ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS (213113)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
   – and –
LAURIE L. LARGENT (153493)
CAROLINE M. ROBERT (254293)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
llargent@rgrdlaw.com
crobert@rgrdlaw.com
```

Lead Counsel for Lead Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re FASTLY, INC. SECURITIES LITIGATION | Case No. 4:20-cv-06024-PJH |
| | <u>CLASS ACTION</u> |
| This Document Relates To: | Judge: Hon. Phyllis J. Hamilton |
| ALL ACTIONS. | Courtroom: 3 |
| | JOINT STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE |

|  |  |
|---|---|
| 1 | Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the undersigned counsel hereby stipulate that all claims of plaintiff Andrew Zenoff against defendants Fastly, Inc., Joshua Bixby and Adriel Lares be dismissed in their entirety with prejudice, each side to bear its own costs and expenses. Plaintiff also agrees to waive his right to any and all appeals. The undersigned counsel will not contest that counsel and the parties have complied with the provisions of Federal Rule of Civil Procedure 11. |

DATED: December 21, 2021           Agreed:

ROBBINS GELLER RUDMAN
  & DOWD LLP
LAURIE L. LARGENT
CAROLINE M. ROBERT

          *s/ Laurie L. Largent*
LAURIE L. LARGENT

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
llargent@rgrdlaw.com
crobert@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com

Lead Counsel for Lead Plaintiff

DATED: December 21, 2021           Agreed:

COOLEY LLP
JESSICA VALENZUELA SANTAMARIA
BRETT H. DE JARNETTE
JANELLE M. FERNANDES
ANGELICA LEO

          *s/ Jessica Valenzuela Santamaria*
JESSICA VALENZUELA SANTAMARIA

JOINT STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE –
4:20-cv-06024-PJH                                                                                                                                               - 1 -
4893-7394-5606.v1

3175 Hanover Street
Palo Alto, California 94304-1130
Telephone: 650/843 5000
650/849 7400 (fax)
jvs@cooley.com
bdejarnette@cooley.com
jfernandes@cooley.com
aleo@cooley.com

Attorneys for Defendants Fastly Inc., Joshua Bixby, and Adriel Lares

\* \* \*

**ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from the above signatories.

DATED: December 21, 2021

*s/ Laurie L. Largent*
LAURIE L. LARGENT

\* \* \*

**O R D E R**

Pursuant to stipulation, it is so ordered. The claims against defendants Fastly, Inc., Joshua Bixby and Adriel Lares are hereby dismissed with prejudice.

DATED: December __, 2021

THE HONORABLE PHYLLIS J. HAMILTON
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF CALIFORNIA

# CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on December 21, 2021, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

    s/ LAURIE L. LARGENT
LAURIE L. LARGENT

ROBBINS GELLER RUDMAN
    & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:  llargent@rgrdlaw.com

**Mailing Information for a Case 4:20-cv-06024-PJH In re FASTLY, INC. SECURITIES LITIGATION**

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Michael Albert**
  malbert@rgrdlaw.com,MAlbert@ecf.courtdrive.com,e_file_SD@rgrdlaw.com

- **Adam Marc Apton**
  aapton@zlk.com,Files@zlk.com

- **Brett Hom De Jarnette**
  bdejarnette@cooley.com,jcorrell@cooley.com

- **Lubna Faruqi**
  lfaruqi@faruqilaw.com,ecf@faruqilaw.com

- **Janelle Marie Fernandes**
  jfernandes@cooley.com,emadrigal@cooley.com

- **Melissa Ann Fortunato**
  fortunato@bespc.com,ecf@bespc.com

- **Richard W. Gonnello**
  rgonnello@rgrdlaw.com,e_file_ny@rgrdlaw.com

- **Benjamin Heikali**
  Bheikali@faruqilaw.com,mperetz@faruqilaw.com,rglezakos@faruqilaw.com,ecf@faruqilaw.com,tpeter@faruqilaw.com

- **J Alexander Hood , II**
  ahood@pomlaw.com,disaacson@pomlaw.com,abarbosa@pomlaw.com

- **Laurie L. Largent**
  llargent@rgrdlaw.com,e_file_sd@rgrdlaw.com,mkuwashima@rgrdlaw.com

- **Katherine M. Lenahan**
  klenahan@faruqilaw.com,ecf@faruqilaw.com

- **Angelica Lien Leo**
  aleo@cooley.com,jcorrell@cooley.com,lodell@cooley.com

- **Jeremy A. Lieberman**
  jalieberman@pomlaw.com,asoto@pomlaw.com,disaacson@pomlaw.com,abarbosa@pomlaw.com

- **Danielle Suzanne Myers**
  dmyers@rgrdlaw.com,dmyers@ecf.courtdrive.com,e_file_sd@rgrdlaw.com

- **Jennifer Pafiti**
  jpafiti@pomlaw.com,ahood@pomlaw.com,egoodman@pomlaw.com,disaacson@pomlaw.com,ashmatkova@pomlaw.com,jalieberman@pomlaw.com,lobas@pomlaw.com,fgravenson@pomlaw.com,ipareja@pomlaw.com

- **Marion Curry Passmore**
  passmore@bespc.com,ecf@bespc.com

- **Caroline Maryse Robert**
  crobert@rgrdlaw.com,E_File_SD@rgrdlaw.com

- **Laurence Matthew Rosen**
  lrosen@rosenlegal.com,larry.rosen@earthlink.net,lrosen@ecf.courtdrive.com

- **Jessica Valenzuela Santamaria**
  jsantamaria@cooley.com,emadrigal@cooley.com

- **Nina M. Varindani**
  nvarindani@faruqilaw.com

- **Shawn A. Williams**
  shawnw@rgrdlaw.com,ShawnW@ecf.courtdrive.com,e_file_sd@rgrdlaw.com

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)