ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS (213113)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone: 415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
  – and –
LAURIE L. LARGENT (153493)
CAROLINE M. ROBERT (254293)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone: 619/231-1058
619/231-7423 (fax)
llargent@rgrdlaw.com
crobert@rgrdlaw.com

Lead Counsel for Lead Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re FASTLY, INC. SECURITIES LITIGATION | Case No. 4:20-cv-06024-PJH |
| | <u>CLASS ACTION</u> |
| This Document Relates To: | Judge: Hon. Phyllis J. Hamilton<br>Courtroom: 3 |
| ALL ACTIONS. | JOINT STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |

4893-7394-5606.v1

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the undersigned counsel hereby stipulate that all claims of plaintiff Andrew Zenoff against defendants Fastly, Inc., Joshua Bixby and Adriel Lares be dismissed in their entirety with prejudice, each side to bear its own costs and expenses.  Plaintiff also agrees to waive his right to any and all appeals.  The undersigned counsel will not contest that counsel and the parties have complied with the provisions of Federal Rule of Civil Procedure 11.

DATED:  December 21, 2021

Agreed:

ROBBINS GELLER RUDMAN
  & DOWD LLP
LAURIE L. LARGENT
CAROLINE M. ROBERT


             *s/ Laurie L. Largent*
             LAURIE L. LARGENT

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
llargent@rgrdlaw.com
crobert@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com

Lead Counsel for Lead Plaintiff

1  DATED: December 21, 2021                    Agreed:

2                                              COOLEY LLP
                                               JESSICA VALENZUELA SANTAMARIA
3                                              BRETT H. DE JARNETTE
                                               JANELLE M. FERNANDES
4                                              ANGELICA LEO

5

6

7

8

9

10                                                    *s/ Jessica Valenzuela Santamaria*
                                                      JESSICA VALENZUELA SANTAMARIA
11

12                                             3175 Hanover Street
                                               Palo Alto, California 94304-1130
13                                             Telephone:  650/843 5000
                                               650/849 7400 (fax)
14                                             jvs@cooley.com
                                               bdejarnette@cooley.com
15                                             jfernandes@cooley.com
                                               aleo@cooley.com
16
                                               Attorneys for Defendants Fastly Inc., Joshua
17                                             Bixby, and Adriel Lares

18
                                *     *     *
19
                              **ATTESTATION**
20
        Pursuant to Civil L.R. 5-1(i)(3), I hereby attest that concurrence in the filing of this document
21
has been obtained from the above signatories.
22
DATED: December 21, 2021
23

24                                                    *s/ Laurie L. Largent*
                                                      LAURIE L. LARGENT
25

26                              *     *     *

27

28

JOINT STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE –
4:20-cv-06024-PJH                                                                              - 2 -
4893-7394-5606.v1

**O R D E R**

Pursuant to stipulation, it is so ordered. The claims against defendants Fastly, Inc., Joshua Bixby and Adriel Lares are hereby dismissed with prejudice.

DATED: December 21, 2021

_____
THE HONORABLE PHYLLIS J. HAMILTON
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF CALIFORNIA